# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LONESTAR AIRPORT HOLDINGS, LLC,<br>  *Plaintiff,*<br><br>v.<br><br>CITY OF AUSTIN, TEXAS,<br>  *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:22-CV-00770-RP |

## DECLARATION OF ANDREW J. SCHUMACHER

I, Andrew J. Schumacher, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Andrew J. Schumacher. I am over the age of 21 and am competent and of sound mind to make this declaration. I have never been convicted of a felony or any crime involving dishonesty.

2. I am a licensed attorney and eligible to practice in the State of Texas, and in good standing. I am an attorney at the law firm of Winstead PC, one of the counsel for Defendant, the City of Austin, Texas, in the above-captioned lawsuit. In my capacity as counsel for Defendant I am familiar with the documents attached to this Declaration.

3. My Declaration is attached as Exhibit A to Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction.

4. Attached to this Declaration as Exhibit A-1 is a true and correct copy as compared to the original of the Federal Aviation Administration's Finding of No Significant Impact and Record of Decision on July 2022 regarding the Airport Expansion and Development Program at Austin-Bergstrom International Airport ("AUS"). It is published on the City of Austin's website at: https://www.austintexas.gov/sites/default/files/files/FINAL.pdf (last visited Sept. 22, 2022).

5. Attached to this Declaration as Exhibit A-2 is a true and correct copy of the August 23, 2021 letter from Jeff Pearse, CEO at LoneStar Airport Holdings, LLC to Jacqueline Yaft, Executive Director at AUS.

6. Attached to this Declaration as Exhibit A-3 is a true and correct copy as compared to the original of the WesternSATLeasing, Inc.'s Statement of Change of Registered Office/Agent dated November 19, 2019, filed with the Texas Secretary of State on December 9, 2019.

7. Attached to this Declaration as Exhibit A-4 is a true and correct copy as compared to the original of the WesternSATLeasing, LLC's Texas Franchise Tax Public Information Report dated May 11, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of September, 2022.

_____
Andrew J. Schumacher