EXHIBIT A-3

| **Form 401** (Revised 05/11) |  | This space reserved for office use. |
|---|---|---|
| Submit in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 **Filing Fee: See instructions** | **Statement of Change of Registered Office/Agent** | **F I L E D** In the Office of the Secretary of State of Texas **DEC 0 9 2019** **Corporations Section** |

## Entity Information

1. The name of the entity is:

WESTERNSATLEASING, INC
*State the name of the entity as currently shown in the records of the secretary of state.*

2. The file number issued to the filing entity by the secretary of state is:   0802887082

3. The name of the registered agent as currently shown on the records of the secretary of state is:

BRAD D HENDERSON
Registered Agent Name

The address of the registered office as currently shown on the records of the secretary of state is:

| 1500 E. INDUSTRIAL BLVD, SUITE 213 | MCKINNEY | TX | 75050 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

## Change to Registered Agent/Registered Office

4. The certificate of formation or registration is modified to change the registered agent and/or office of the filing entity as follows:

### Registered Agent Change
(Complete either A or B, but not both. Also complete C if the address has changed.)

[✓] A. The new registered agent is an organization (cannot be entity named above) by the name of:

~~CSC GLOBAL~~ Long Star Airport Holdings, LLC

**OR**

[ ] B. The new registered agent is an individual resident of the state whose name is:

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

### Registered Office Change

[✓] C. The business address of the registered agent and the registered office address is changed to:

| 10000 Logistics Lane ~~251 LITTLE FALLS DRIVE~~ | Austin ~~WILMINGTON~~ | TX ~~DE~~ | 78719 ~~19808-1674~~ |
|---|---|---|---|
| *Street Address (No P.O. Box)* | *City* | *State* | *Zip Code* |

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

**RECEIVED**

**NOV 2 5 2019**

**Secretary of State**

Form 401                                                           4

## Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

<br>

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: _11·19·2019_

_____
Signature of authorized person

WILLIAM FREW
_____
Printed or typed name of authorized person (see instructions)