# **<u>EXHIBIT C</u>**



# City of Austin

**Aviation Department**
**Austin-Bergstrom International Airport**
*3600 Presidential Blvd., Ste. 411, Austin, Texas 78719*
*512/530-2242   Fax: 512/530-7686*

January 27, 2020

Mr. James Burchetta
Highstar Capital IV, L.P.
277 Park Avenue, 45th Floor
New York, New York 10172
Via email at jBurchetta@oaktreecapital.com

Re: South Terminal Lease and Concession Agreement at Austin-Bergstrom International Airport (South Terminal Lease)

Dear Mr. Burchetta,

I am following up on our discussion from our December 2, 2019 meeting regarding the City of Austin's continued desire to acquire the South Terminal leasehold interest for aviation purposes. Your stated focus and commitment to continuing a dialogue on this matter is appreciated.

Since we last spoke, the City, acting through its Department of Aviation and Real Estate Services, has further reviewed your written responses dated November 13, 2019 and December 20, 2019, as well as your stated concerns at the December 2, 2019 meeting, and the City maintains its interest in acquiring the South Terminal leasehold interest in order to regain local control of the facility and implement the 2040 Airport Master Plan.

With that said, I propose another meeting to discuss potential modifications to the South Terminal Lease. Further dialogue, resulting in amendments to the South Terminal Lease, may allow the City to proceed, unencumbered, with the 2040 Airport Master Plan, while still allowing Highstar Capital to retain much of its interest in the South Terminal Lease.

I look forward to our meeting scheduled on February 11, 2020 at 9:00 am to further discuss.

Sincerely,

Jacqueline Yaft
Executive Director

Cc:   Jeff Pearce, Chief Executive Officer
      Lonestar Airport Holdings, LLC
      Via email at JPearce@austinsouthterminal.com