# EXHIBIT G

Highstar Capital IV, L.P.
1301 Avenue of the Americas, 34th Floor
New York, New York 10019

March 6, 2020

Jacqueline Yaft
Executive Director
City of Austin
Aviation Department
Austin-Bergstrom International Airport
3600 Presidential Blvd, Ste. 411
Austin, Texas 78719
*Via email at Jacqueline.Yaft@austintexas.gov*

Re:   South Terminal Lease and Concession Agreement at Austin-Bergstrom International Airport (the "Airport") dated March 24, 2016 between the City of Austin (the "City") and Highstar Capital IV, L.P. ("Highstar") (the "Lease")

Dear Ms. Yaft:

As we discussed on February 27, 2020, LoneStar Airport Holdings, LLC remains committed to assisting the City of Austin and the Department of Aviation in creating the necessary airport infrastructure and terminal capacity that the community and region so desperately need now and in the future. We are encouraged by both the sense of partnership and urgency you expressed in your letter of March 3, and at our last meeting on February 27, 2020.

As you know, we have been collaborating with the City's Aviation Department for more than 18 months and have been prepared to move quickly to develop a new cost-efficient facility at no cost and no risk to the City of Austin. Such a facility would deliver much needed terminal capacity at ABIA without degrading the level of safety, service, or security at the Barbara Jordan Terminal. A purpose-built and cost-efficient facility would also allow those airlines that provide Austin's residents and visitors with low cost airfare to flourish in the Austin market and position the City of Austin to reduce the amount of time and the substantial cost of expanding the Barbara Jordan Terminal.

To answer your specific request, we are absolutely interested in pursuing the opportunity to provide additional terminal capacity in the form of a new cost-efficient facility at ABIA. I am confident we can collectively create and deliver a new cost-efficient terminal that will bring substantial benefits to the air carriers and passengers that rely on ABIA.

We are anxious to begin working with you and your team. That said, please understand that LoneStar does not at this time accept the premise that the South Terminal can and should be "removed" within 24 months (by condemnation or otherwise), and LoneStar has not at this time formed any view on your premise that the taxiway alignment shown at the last meeting is in the best interest of the public. We also want to reiterate our disagreement with your statement that negotiation is the only right afforded us under our current Lease. Nonetheless, we remain committed to working with you and the City of Austin on all these issues in good faith and with respect.

There remains much for us to do to better understand the new cost-efficient facility proposal your team presented last week, as well as the options around the development of a new facility. Given the timeline you have proposed in your letter for negotiating the terms of the development of the new cost-efficient facility- which we are prepared and able to meet - may I propose a day-long planning and coordination summit, no later than next week, so that the subject matter experts from both teams can review and discuss all operational and financial elements associated with the prospective development.

We continue to reserve all rights and remedies under the current Lease and make no concessions that may limit these rights in the absence of binding documentation amending the current Lease.

Sincerely,

James D. Burchetta

Cc: Jeffrey Pearse, CEO, LoneStar Airport Holdings, LLC