# EXHIBIT I



July 28, 2021

**VIA OVERNIGHT COURIER AND EMAIL**

Jacqueline Yaft
Executive Director
Department of Aviation
Austin-Bergstrom International Airport
3600 Presidential Boulevard, Suite 411
Austin, Texas 78719

    Re:    South Terminal Lease and Concession Agreement by and between the City of Austin and Highstar Capital IV, L.P. dated as of March 24, 2016, as amended by the Assignment and Assumption Agreement between Highstar Capital IV LP and Lonestar Airport Holdings, LLC ("Lonestar")[1] and consented to by the City of Austin dated as of March 24, 2016 (the "Concession")

Dear Ms. Yaft:

Thank you for your letter dated July 13, 2021 regarding the City's current planning and intentions regarding growth and expansion at Austin-Bergstrom International Airport ("AUS"). Your letter notifies us that the City and the Department of Aviation have determined that the growth of operations at AUS requires New Facilities, as that term is defined in the Concession.

As we have discussed with you on several occasions over the last two years in connection with various options the City has considered regarding future operations at AUS, Lonestar is committed to assisting the City of Austin and Department of Aviation in meeting the needs of the Austin community. In light of your official notification regarding the City's determination under Article 15 regarding a New Facility, we write to confirm again that Lonestar is interested in investing in and exercising its rights under Article 15 of the Concession to develop, construct, and/or operate any such New Facility. We are prepared to make a significant financial investment in exercising these rights and have reserved significant capital to make this investment. Lonestar looks forward to continuing to work in good faith with the City to enter into an agreement regarding such New Facility on mutually agreeable terms.

We note that your letter references the removal of the South Terminal as part of the construction of New Facilities. We believe that work remains to be done to evaluate the potential options around a New Facility and/or Expansion to determine the best interest of the public moving forward, so

---

[1]     Pursuant to Section 37.02 of the Concession, we request that official notices regarding the Concession going forward be directed to Lonestar Airport Holdings, LLC, Attention: Jeff Pearse, The South Terminal at Lonestar Airport Holdings, LLC, 10000 Logistics Lane, Austin, Texas 78719, telephone 917-574-8475.



our notification of Lonestar's interest in investing in such New Facility pursuant to Article 15 does not obviate our position that there are several alternatives that can fully address the growth of operations at AUS. While it is imperative for a New Facility to deliver the much-needed terminal capacity at AUS, it is equally important to allow the airlines that provide Austin's residents and visitors with low-cost airfare to continue to flourish. We are prepared and well-positioned to aid the City of Austin in meeting these goals while reducing the amount of time and the substantial cost associated with a New Facility.

Finally, with respect to your statement that the City is interested in acquiring Lonestar's South Terminal leasehold interest and your reference to condemnation proceedings, we disagree that anything in Article 15, Article 34, or elsewhere provides the City the right or ability to compel a purchase of Lonestar's rights under the Concession. We also disagree that acquiring Lonestar's rights under the Concession would be an appropriate or permissible exercise of eminent domain under Texas law.  Please note that Lonestar continues to reserve all rights and remedies under the Concession and at law with respect to these issues.

We look forward to continuing the fruitful dialogue we started at the July 22 meeting with you and your team.

Sincerely,

*Jeffrey Pearse*

Jeff Pearse
Chief Executive Officer
Lonestar Airport Holdings, LLC

cc:      James Burchetta