# **EXHIBIT K**



April 18, 2022

**VIA OVERNIGHT COURIER AND EMAIL**

Jacqueline Yaft
Executive Director
Department of Aviation
Austin-Bergstrom International Airport
3600 Presidential Boulevard, Suite 411
Austin, Texas 78719

    Re:    South Terminal Lease and Concession Agreement by and between the City of Austin (the "City") and Highstar Capital IV, L.P. dated as of March 24, 2016, as amended by the Assignment and Assumption Agreement between Highstar Capital IV LP and Lonestar Airport Holdings, LLC ("Lonestar") and consented to by the City of Austin dated as of March 24, 2016 (the "Lease and Concession Agreement")

Dear Ms. Yaft:

This letter constitutes notice of a dispute between Lonestar and the City and a written request for a meeting between representatives of the parties pursuant to Section 40.1 of the Lease and Concession Agreement.

As you know, Lonestar received notice that the City was contemplating an Expansion or New Facility in November 2019. Lonestar responded by indicating its interest in investing in such Expansion or New Facility. Since then, Lonestar has repeatedly indicated its interest in exercising its exclusive first right to develop, construct, and operate such Expansion or New Facility. The City has not, however, worked with Lonestar in good faith to enter into an agreement regarding the Expansion or New Facility on mutually agreeable terms. To the contrary, it is our understanding that the City is taking affirmative steps to bypass Lonestar's rights under multiple provisions of the Lease and Concession Agreement.

It thus is clear that there is a dispute "between the Parties to the Lease," as described in Article 40.01 of the Lease and Concession Agreement. Lonestar respectfully requests a meeting between representatives of Lonestar and the City to attempt in good faith to negotiate a resolution of the dispute within 10 days of your receipt of this letter. We request that you or your counsel contact our outside counsel, Larry Slovensky, to schedule this meeting. We are available in person or

Jacqueline Yaft
April 15, 2022
Page - 2 -

virtually. Finally, we call your attention to the requirements of Article 40.01 that each Party shall send one "senior level individual with decision-making authority regarding the dispute."

We appreciate your prompt attention to these issues. Lonestar continues to reserve all of its rights at law and under the Lease and Concession Agreement in this matter.

Sincerely,

Jeff Pearse
Chief Executive Officer
Lonestar Airport Holdings, LLC

cc:   Lawrence A. Slovensky
      Julia C. Barrett
      Christopher Clough