# EXHIBIT M



**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

600 Travis Street
Suite 5200
Houston, TX 77002

713.650.8400 OFFICE
713.650.2400 FAX
winstead.com

Thomas J. Forestier
direct dial: 713-650-2749
tforestier@winstead.com

May 16, 2022

***Via Certified Mail/Return Receipt Requested # 9314 7699 0430 0095 0529 36 and US Mail***

LoneStar Airport Holdings, LLC
Attention: Jeff Pearse, Chief Executive Officer
10000 Logistics Lane
Austin, Texas 78719

Re:     **FINAL OFFER**
         **Project:** AUS South Terminal

Dear Mr. Pearse:

I am writing on behalf of my client, the City of Austin ("City"), regarding its interest in acquiring the leasehold interest of LoneStar Airport Holdings, LLC ("Tenant") in the South Terminal at AUS. As referenced in the Initial Offer Letter dated March 29, 2022 regarding this matter, the City, in connection with the Airport Expansion and Development Program at AUS, needs to acquire the "Tenant's Interest" as that term is defined in the South Terminal Lease and Concession Agreement between the City of Austin and Highstar Capital IV, L.P., a limited partnership formed and existing under the laws of the State of Delaware, on or about March 24, 2016 ("Lease"). A legal description and sketch of the "Premises", as that term is defined in the Lease, as amended, is enclosed as **Exhibit A**. It has been over 30 days since I sent you sent you an Initial Offer on behalf of the City for purchase of the leasehold interest.

**Based on a written appraisal by an independent appraisal firm, Allen, Williford & Seale, Inc. ("AWS"), the City is hereby presenting you its FINAL OFFER in the amount of $1,954,000 for the required property rights. This compensation does not include any value for damages to any remainder property, as there is no remainder property.**

Please review and seriously consider this **FINAL OFFER.** A Lease Termination Agreement offering the full-appraised value of the Tenant's Interest and a Right of Entry and Possession are also enclosed as **Exhibits B and C**, respectively, for your consideration. If the terms of the Lease Termination Agreement are acceptable, please sign the Lease Termination Agreement where indicated and return it to my attention within 14 days from the date of your receipt of this letter. If the Tenant is willing to sign the Right of Entry and Possession, please return a signed copy of that document to me at your earliest convenience. Please understand that the City Council of the City of Austin must approve all contracts, and the amount of this offer can only be recommended for their approval.

WINSTEAD PC | ATTORNEYS

LoneStar Airport Holdings, LLC
May 16, 2022
Page 2

If I have not received from you within **fourteen (14) days** from the date of delivery of this letter the Lease Termination Agreement signed by a duly-authorized representative of the Tenant, this Final Offer will be considered rejected. At that time, the City will continue to proceed with the condemnation process relating to the leasehold interest in the South Terminal.

I urge you to consider this **<u>FINAL OFFER</u>** to purchase the leasehold interest in the South Terminal for the amount of **$1,954,000.** This offer is reasonable and based on a proper appraisal that complies with Texas law and should be accepted for all the reasons discussed in my letter dated May 11, 2022 in reply to the April 27, 2022 letter of Mr. Christopher M. Clough, your counsel.

If you have any questions or concerns that have not been addressed in our previous written communications regarding this matter, please ask your lawyers to call me at (713) 650-2749.

Sincerely,

*Thomas J. Forestier*

Thomas J. Forestier
Counsel for the City of Austin

**ENCLOSURES:**

Exhibit A: Legal Description, Plat and Sketch of the Premises
Exhibit B: Lease Termination Agreement
Exhibit C: Right of Entry and Possession

cc:     Lawrence A. Slovensky          *(via Certified Mail/Return Receipt Requested*
        King & Spalding LLP             *#9314 7699 0430 0095 0531 93)*
        1180 Peachtree Street, N.E.
        Atlanta, GA 30309-3521

        Christopher M. Clough          *(via Certified Mail/Return Receipt Requested*
        Barron Adler Clough & Oddo, LLP  *#9314 7699 0430 0095 0532 54)*
        808 Nueces Street
        Austin, TX 78701

EXHIBIT A



**MACIAS & ASSOCIATES, L.P.**
LAND SURVEYORS – FIRM REG. NO. 101141-00

EXHIBIT "_____"

CITY OF AUSTIN
TO
SOUTH TERMINAL
LEASE AGREEMENT

## LEGAL DESCRIPTION FOR

A 23.00 ACRE (1,002,031 SQUARE FEET) TRACT OF LAND IN THE SANTIAGO DEL VALLE TEN LEAGUE GRANT SURVEY, ABSTRACT NO. 24, TRAVIS COUNTY, TEXAS, BEING OUT OF A CALLED 1989.252 ACRE TRACT TO THE CITY OF AUSTIN IN DEED WITHOUT WARRANTY RECORDED IN DOCUMENT NUMBER 2002002218 OF THE OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS. SAID 23.00 ACRES, SAVE & EXCEPT A 0.34 ACRE TRACT OF LAND, IN TOTAL A 22.66 ACRE TRACT AS SHOWN ON THE ACCOMPANYING SKETCH, BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**BEGINNING** at a 60d nail set in the interior of the said 1989.252 acre tract, said 60d nail having Texas State Plane Coordinates (Central Zone 4203) of N=10,044,494.22, E=3,137,398.76 for the northwest corner of this tract, from which a ½" iron rod found at an interior angle of said 1989.252 acre tract, also being a northeast corner of a 1033.081 acre tract conveyed to the City of Austin in deed without warranty recorded in Document Number 1999015608 of the Official Public Records of Travis County, Texas, bears N 05°35'01" W a distance of 6,233.50 feet;

**THENCE** through the interior of said 1989.252 acre tract the following forty-eight (48) calls:

1) N 87°26'30" E for a distance of 465.38 feet to a calculated point;

2) S 02°33'30" E for a distance of 130.10 feet to a calculated point;

3) S 41°43'16" W for a distance of 68.12 feet to a calculated point;

4) S 41°42'29" E for a distance of 6.23 feet to a calculated point;

5) N 41°40'08" E for a distance of 203.19 feet to a calculated point;

6) N 87°22'35" E for a distance of 375.79 feet to a point of curvature of a curve to the left;

7) With said curve to the left, having a radius of 100.09 feet, an arc length of 35.74 feet and a chord which bears N 77°33'57" E a distance of 35.55 feet to a calculated point;

8) N 02°41'00" W for a distance of 115.62 feet to a calculated point;

5410 South 1st Street ● Austin, Texas 78745 ● (512) 442-7875 ● Fax (512) 442-7876 ● www.maciasworld.com

9) N 87°21'57" E a distance of 300.96 feet to a calculated point;

10) S 02°41'00" E a distance of 64.99 feet to a point of curvature of a curve to the left;

11) With said curve to the left, having a radius of 10.00 feet, an arc length of 15.70 feet and a chord which bears S 47°40'07" E a distance of 14.14 feet to a calculated point;

12) N 87°20'47" E a distance of 220.47 feet to a calculated point;

13) N 42°29'14" E a distance of 386.62 feet to a 60d nail set;

14) S 47°30'46" E a distance of 165.53 feet to a calculated point;

15) S 41°19'42" W a distance of 215.92 feet to a calculated point;

16) N 87°20'47" E a distance of 768.04 feet to point of curvature of a curve to the left;

17) With said curve to the left, having a radius of 80.00 feet, an arc length of 83.24 feet and a chord which bears N 57°32'20" E a distance of 79.53 feet to a point of cusp of a curve to the left;

18) With said curve to the left, having a radius of 586.87 feet, an arc length of 283.55 feet and a chord which bears S 13°50'37" W a distance of 280.80 feet to a calculated point;

19) N 53°22'12" W a distance of 142.56 feet to a calculated point;

20) S 72°53'58" W a distance of 96.54 feet to a point of curvature of a curve to the left;

21) With said curve to the left, having a radius of 100.00 feet, an arc length of 52.86 feet and a chord which bears S 57°45'23" W a distance of 52.25 feet to a calculated point;

22) S 42°36'48" W a distance of 53.49 feet to a point of curvature of a curve to the right;

23) With said curve to the right, having a radius of 101.00 feet, an arc length of 79.02 feet and a chord which bears S 65°01'39" W a distance of 77.02 feet to a calculated point;

24) S 87°26'30" W a distance of 834.22 feet to a point of curvature of a curve to the left;

5410 South 1st Street ● Austin, Texas 78745 ● (512) 442-7875 ● Fax (512) 442-7876 ● www.maciasworld.com

25) With said curve to the left, having a radius of 38.00 feet, an arc length of 33.78 feet and a chord which bears S 61°58'37" W a distance of 32.68 feet to a calculated point;

26) S 36°30'43" W a distance of 59.08 feet to a point of curvature of a curve to the right;

27) With said curve to the right, having a radius of 77.00 feet, an arc length of 68.36 feet and a chord which bears S 61°56'37" W a distance of 66.13 feet to a calculated point;

28) S 87°22'32" W a distance of 431.05 feet to a calculated point;

29) S 42°24'27" W a distance of 29.29 feet to a calculated point;

30) S 02°22'47" E a distance of 126.52 feet to a calculated point;

31) N 87°26'30" E a distance of 20.47 feet to a calculated point;

32) S 02°31'48" E a distance of 175.53 feet to a ½" iron rod set;

33) S 87°26'30" W a distance of 122.30 feet to a calculated point;

34) N 81°25'12" W a distance of 102.72 feet to a point of curvature of a curve to the left;

35) With said curve to the left, having a radius of 24.00 feet, an arc length of 7.81 feet and a chord which bears S 85°33'11" W a distance of 7.77 feet to a point of curvature of a curve to the right;

36) With said curve to the right, having a radius of 283.22 feet, an arc length of 64.46 feet and a chord which bears S 80°30'08" W a distance of 64.32 feet to a calculated point;

37) S 87°26'30" W a distance of 24.73 feet to a calculated point;

38) S 02°33'30" E a distance of 32.01 feet to a calculated point;

39) S 87°41'20" W a distance of 335.00 feet to a 60d nail set, from which a ½" iron rod found at an angle point of said 1989.252 acre tract, also being an angle point of said 1033.081 acre tract bears, S 02°59'04" W a distance of 4,466.08 feet;

40) N 34°49'34" W a distance of 62.77 feet to a calculated point;

41) N 02°33'30" W a distance of 131.94 feet to a calculated point;

42) S 87°26'30" W a distance of 14.65 feet to a calculated point;

43) N 02°33'30" W a distance of 112.45 feet to a calculated point;

5410 South 1st Street ● Austin, Texas 78745 ● (512) 442-7875 ● Fax (512) 442-7876 ● www.maciasworld.com

44) N 88°14'17" E a distance of 20.14 feet to a calculated point;

45) N 02°33'40" W a distance of 106.92 feet to a calculated point;

46) S 87°20'47" W a distance of 125.89 feet to a calculated point;

47) N 02°39'13" W a distance of 110.69 feet to a calculated point;

48) N 16°21'19" E a distance of 170.33 feet to the **POINT OF BEGINNING** and containing 23.00 acres (Gross) & 22.66 acres (Net).

**SAVE & EXCEPT - (0.34 ACRE)**

**BEGINNING** at a 60d nail set in the interior of the said 1989.252 acre tract, said 60d nail having Texas State Plane (Central Zone 4203) coordinates of N=10,044,191.51, E=3,138,090.88

**THENCE** through the interior of said 1989.252 acre tract the following eight (8) calls:

1) S 02°41'00" E for a distance of 110.23 feet to a calculated point;

2) S 87°19'00" W for a distance of 109.90 feet to a calculated point;

3) N 02°41'00" W for a distance of 19.84 feet to a calculated point;

4) S 87°19'00" W for a distance of 39.41 feet to a calculated point;

5) N 02°41'00" W for a distance of 70.68 feet to a calculated point;

6) N 87°19'00" E for a distance of 39.40 feet to a calculated point;

7) N 02°47'58" W for a distance of 19.74 feet to a calculated point;

8) N 87°20'24" E for a distance of 109.95 feet to the **POINT OF BEGINNING** and containing 0.34 acre (14,902 sq. ft.) of land;

**TOTAL ACREAGE -   22.66 acres (987,129 sq. ft.) of lease area.**

5410 South 1ˢᵗ Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com

## NOTE

The coordinates and bearings described herein are Texas State Plane Grid Bearings, (Central Zone-4203), NAD 83.

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| **COUNTY OF TRAVIS** | § | |

That I, Carmelo L. Macias, a Registered Professional Land Surveyor, do hereby state that the above description is true and correct to the best of my knowledge and belief and that the property described herein was determined by a survey made on the ground under my direction and supervision.

WITNESS MY HAND AND SEAL at Austin, Travis County, Texas, this 15th day of November, 2016, A.D.

Macias & Associates, L.P.
5410 South 1st Street
Austin, Texas 78745
512-442-7875

*Carmelo L. Macias*
Carmelo L. Macias
Registered Professional Land Surveyor
No. 4333 – State of Texas

## REFERENCES
AUSTIN GRID NO. N-16
TCAD PARCEL ID NO. 03-1531-06-01
MACIAS & ASSOCIATES, L.P.,
PROJECT NO. 87-43-16

*Page 5 of 7*

SKETCH TO ACCOMPANY LEGAL DESCRIPTION
SOUTH TERMINAL LEASE AGREEMENT

SANTIAGO DEL VALLE TEN LEAGUE GRANT
ABSTRACT NO. 24

GRAPHIC SCALE
1" = 200'

LEGEND

● 1/2" IRON ROD
△ 60d NAIL SET
▲ CALCULATED POINT
P.O.B. POINT OF BEGINNING
D.R.T.C.Tx. DEED RECORDS OF TRAVIS COUNTY, TEXAS
O.P.R.T.C.Tx. OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS
(  ) RECORD INFORMATION SHOWN
—PL— PROPERTY LINE

NOTE:
THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE REPORT. RECORD INFORMATION ON THIS DRAWING IS BASED ON A PUBLIC RECORDS SEARCH BY THE SURVEYOR AND MAY NOT INCLUDE ALL EASEMENTS OR INSTRUMENTS PERTAINING TO THIS PROPERTY.

BEARING BASIS:
ALL BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM OF TEXAS, CENTRAL ZONE (4203), NAD83 (1993). ALL DISTANCES & COORDINATES SHOWN ARE IN GRID.

*SEE PAGE 7 OF 7 FOR LINE & CURVE TABLES

MACIAS & ASSOCIATES, L.P.
LAND SURVEYORS - FIRM NO. 101141-00

Job No.: 87-43-16
Drawn by: P. GUERRERO
Checked by: C. MACIAS

5410 SOUTH 1ST STREET
AUSTIN, TEXAS 78745
PH. (512)442-7875   FAX (512)442-7876
W W W . M A C I A S W O R L D . C O M

Carmelo L. Macias
Registered Professional Land Surveyor
No. 4333 – State of Texas

Date: 11/5/16

PAGE 6 OF 7

A_XJOB5\XECOM\87-43-16 ASM_MAIN_APRON\DWG\87431E.dwg

SKETCH TO ACCOMPANY LEGAL DESCRIPTION
SOUTH TERMINAL LEASE AGREEMENT

## LINE TABLE

| NO. | BEARING | DISTANCE |
|---|---|---|
| L1 | S41°43'16"W | 68.12' |
| L2 | S41°42'29"E | 6.23' |
| L3 | N41°41'08"E | 203.19' |
| L4 | N02°41'00"W | 115.62' |
| L5 | S02°41'00"E | 64.99' |
| L6 | N53°22'12"W | 142.56' |
| L7 | S72°53'58"W | 96.54' |
| L8 | S42°36'48"W | 53.49' |
| L9 | S42°24'27"W | 29.29' |
| L10 | S02°22'47"E | 126.52' |
| L11 | N87°26'30"E | 20.47' |
| L12 | S87°26'30"W | 122.30' |
| L13 | N81°25'12"W | 102.72' |
| L14 | S87°26'30"W | 24.73' |
| L15 | S02°33'30"E | 32.01' |
| L16 | S87°26'30"W | 14.65' |
| L17 | N88°14'17"E | 20.14' |
| L18 | S87°20'47"W | 125.89' |

## CURVE TABLE

| CURVE | RADIUS | LENGTH | DELTA | CHORD DIRECTION | CHORD LENGTH |
|---|---|---|---|---|---|
| C2 | 100.09' | 35.74' | 20°27'32" | N77°33'57"E | 35.55' |
| C3 | 10.00' | 15.70' | 89°58'13" | S47°40'07"E | 14.14' |
| C4 | 80.00' | 83.24' | 59°36'55" | N57°32'20"E | 79.53' |
| C5 | 586.87' | 283.55' | 27°40'58" | S13°50'37"W | 280.80' |
| C6 | 100.00' | 52.86' | 30°17'10" | S57°45'23"W | 52.25' |
| C7 | 101.00' | 79.02' | 44°49'43" | S65°01'39"W | 77.02' |
| C8 | 38.00' | 33.78' | 50°55'47" | S61°58'37"W | 32.68' |
| C9 | 77.00' | 68.36' | 50°51'49" | S61°56'37"W | 66.13' |
| C10 | 24.00' | 7.81' | 18°38'03" | S85°33'11"W | 7.77' |
| C11 | 283.22' | 64.46' | 13°02'28" | S80°30'08"W | 64.32' |

## LINE TABLE

| NO. | BEARING | DISTANCE |
|---|---|---|
| L20 | N87°19'00"E | 39.40' |
| L21 | N02°47'58"W | 19.74' |
| L22 | N87°20'24"E | 109.95' |
| L23 | S02°41'00"E | 110.23' |
| L24 | S87°19'00"W | 109.90' |
| L25 | N02°41'00"W | 19.84' |
| L26 | S87°19'00"W | 39.41' |
| L27 | N02°41'00"W | 70.68' |

NOTE:
THIS SURVEY WAS PERFORMED WITHOUT THE
BENEFIT OF A TITLE REPORT. RECORD
INFORMATION ON THIS DRAWING IS BASED ON
A PUBLIC RECORDS SEARCH BY THE SURVEYOR
AND MAY NOT INCLUDE ALL EASEMENTS OR
INSTRUMENTS PERTAINING TO THIS PROPERTY.

BEARING BASIS:
ALL BEARINGS SHOWN HEREON ARE
BASED ON THE STATE PLANE COORDINATE
SYSTEM OF TEXAS, CENTRAL ZONE
(4203), NAD83 (1986). ALL DISTANCES
& COORDINATES SHOWN ARE IN GRID.

MACIAS & ASSOCIATES, L.P.
LAND SURVEYORS - ITEM NO. 101141-00
5405 SOUTH 1ST STREET
AUSTIN, TEXAS 78745
PH. (512)442-7875   FAX (512)442-7876
WWW.MACIASWORLD.COM

Job No.: 87-43-16
Drawn by: P. GUERRERO
Checked by: C. MACIAS

PAGE 7 OF 7

Z:\JOBS\VEECOM\87-43-16 AUN MAIN APRON\DWG\87A316.dwg

# EXHIBIT A 1.2



# EXHIBIT B

## LEASE TERMINATION AGREEMENT

**THIS LEASE TERMINATION AGREEMENT** (this "**Agreement**") is entered into as of the Reference Date by and between Owner and Tenant, with reference to the following:

1.    *General Terms*.

      (a)    **Reference Date**:    _____, 2022

      (b)    **Owner**:    the CITY OF AUSTIN, TEXAS
a Texas home rule and municipal corporation,

      (c)    **Tenant**:    LONESTAR AIRPORT HOLDINGS, LLC,
a Delaware limited liability company,

      (d)    **Premises**:    the premises leased pursuant to the Lease covering the real property described on Exhibit A attached hereto.

      (e)    **Lease**:    South Terminal Lease and Concession Agreement between the Owner and Highstar Capital IV, L.P. on March 24, 2016 (the "Lease"), which was assigned to Tenant by the Assignment and Assumption Agreement by and between Highstar Capital IV LP and Tenant dated March 24, 2016, and amended by Amendment No. One to the South Terminal Lease and Concession Agreement by and between the Owner and Tenant, effective July 1, 2019.

      (f)    **Termination Date**:    11:59 p.m. on the ninetieth (90th) day following Landlord's issuance of the Termination Notice (as defined herein).

      (g)    **Termination Consideration**:    $1,954,000, payable on the Termination Date and upon Tenant's vacation and surrender of the Premises

2.    *Recitals*.

      (a)    Pursuant to the Lease, Owner leased to Tenant, and Tenant leased from Owner, the Premises upon the terms and at the rental more particularly set forth in the Lease, as amended.

      (b)    Tenant and Owner desire to terminate the Lease, and Owner and Tenant are willing to agree to a termination of the Lease subject to the terms and conditions set forth in this Agreement. Capitalized terms used in this Agreement, unless expressly provided otherwise in this Agreement, shall have the same meanings given to such terms in the Lease.

3.    *Termination*.  When Owner desires to effectively terminate the Lease, it will issue written notice to Tenant that Tenant has ninety (90) days to vacate the Premises (the "**Termination Notice**").  The Lease shall terminate and be of no further force and effect as of the Termination Date.  Tenant shall vacate and surrender the Premises on or prior to the Termination Date, and upon such surrender and vacation by Tenant, Owner shall pay the Termination Consideration, which Tenant acknowledges and agrees is sufficient consideration for the termination of the Lease.  The Lease shall then be terminated as of the Termination Date subject to the conditions set forth in this Agreement.  As of the Termination Date, all subleases, sublicenses and any other agreements Tenant has entered (with or without Owner's

consent or knowledge) with respect to Tenant's operations at the Premises, written or otherwise, shall be automatically terminated without further action from Owner.  Thereafter, Tenant shall have no further right to occupy and/or use the Premises.  After the Termination Date, the surrender and vacation of the Premises by Tenant and Owner's payment of the Termination Consideration, neither Tenant nor Owner shall have any further liability or obligation to the other with respect to the Lease.

4.      *Tenant's Obligations*.  On or before the Termination Date, Tenant shall have (a) peaceably vacated and surrendered the Premises to Owner; (b) removed from the Premises all persons occupying and using the Premises by, through or under Tenant and removed from the Premises all personal property (other than fixtures) owned by Tenant, except for those items which Tenant has no desire to remove; and (c) returned to Owner all keys and security cards issued to Tenant in connection with its use of the Premises, all of the foregoing being subject to the satisfaction of Owner.

5.      *Mutual Release*.  Effective on the Termination Date, and subject to satisfaction of Tenant's obligations under Section 4 hereof, and Owner's remittance to Tenant of the Termination Consideration:

    (a)      Tenant, on behalf of itself and its partners, officers, directors, agents, employees, successors in interest and assigns, releases and discharges Owner and its officers, directors, council members, agents, employees, contractors, successors in interest and assigns, from and against any and all claims, demands, causes of action, liabilities and obligations, known and unknown, foreseen and unforeseen, direct and indirect, in any way arising out of or relating to the Lease and/or Tenant's use and occupancy of the Premises; it being the express intention of the parties that the foregoing shall be deemed to be a full and general release.

    (b)      Owner, on behalf of itself and its affiliated companies, partners, officers, directors, agents, employees, successors in interest and assigns, releases and discharges Tenant and Tenant's partners, officers, directors, agents, employees, successors in interest and assigns from and against any and all claims, demands, causes of action, liabilities and obligations, known and unknown, foreseen and unforeseen, direct and indirect, in any way arising out of or relating to the Lease and/or Tenant's use and occupancy of the Premises; it being the express intention of the parties that the foregoing shall be deemed to be a full and general release, except for the following items which shall survive the termination of the Lease:  (i) Tenant's obligations under the Lease which pertain to the vacation of the Premises, holdover, indemnification and any other provisions which expressly survive the termination of the Lease; and (ii) the provisions of this Agreement.

6.      *Access*.  Owner may prohibit access by Tenant to the Premises after the Termination Date by changing the locks to the Premises or by any other means permitted by the Lease, at law or in equity.

7.      *Rent*.  Tenant shall not be excused from its obligation to pay rent under the Lease up until the Termination Date.

8.      *Removal of Property*.

    (a)      Notwithstanding anything in the Lease to the contrary, all permanent or built-in fixtures or improvements (including, without limitation Covered Improvements, as defined in the Lease) in the Premises shall be and remain the property of Owner as of the Termination Date.  All Trade Fixtures (as defined in the Lease) and other removable equipment and other removable equipment installed in the Premises by Tenant and paid for by Tenant shall remain the property of Tenant and shall be removed by Tenant on or before the Termination Date.

(b)      If any such Trade Fixtures or other removable equipment are not removed on or before the Termination Date, Tenant grants to Owner the option, exercisable at any time thereafter without the requirement of any notice to Tenant, (i) to treat such property, or any part of such property, as being abandoned by Tenant to Owner, in which event Owner shall be deemed to have full rights of ownership in such abandoned property; provided however, that Owner shall not assume title to, or an ownership interest in, any "solid waste," "hazardous waste," or other material regulated by or subject to any applicable environmental, health or safety laws, and any such material may be disposed of in accordance with such laws at Tenant's sole cost and expense, with reimbursement therefor to be made to Owner upon demand; and/or (ii) to sell, give away, donate or dispose of as trash or refuse any or all of such property without any responsibility to deliver to Tenant any proceeds from such disposition.  Owner shall have no liability of any kind whatsoever to Tenant in respect of the exercise or failure to exercise the options set forth in this **Paragraph 8**.  Specifically, Tenant shall not have the right to assert against Owner a claim either for the value, or the use, of any such property, either as an offset against any amount of money owing to Owner or otherwise.

**9.**      *Successors and Assigns; Time*.  This Agreement shall be binding upon and inure to the benefit of Owner and Tenant and their respective predecessors, successors and assigns.  Time is of the essence with respect to all provisions of this Agreement.

**10.**      *Authority; Joint and Several Liability*.   Tenant covenants, warrants and represents that:  (i) Tenant is the current holder of the Tenant's Interest (as defined in the Lease) and, as of the Termination Date, there is no other person or entity occupying or otherwise claiming an interest in the Premises; (ii) each individual executing, attesting and/or delivering this Agreement on behalf of Tenant is authorized to do so on behalf of Tenant; (iii) this Agreement is binding upon and enforceable against Tenant; and (iv) Tenant is duly organized and legally existing in the state of its organization and is qualified to do business in the state in which the Premises are located.  Notices, payments and agreements given or made by, with or to any one person or entity shall be deemed to have been given or made by, with or to all of them.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**EXECUTED** by Owner and Tenant as of the Reference Date.

**OWNER**:                                   **CITY OF AUSTIN**,
                                             a Texas home rule city and municipal corporation


                                             By:_____
                                             Name:_____
                                             Title:_____


**TENANT**:                                  **LONESTAR AIRPORT HOLDINGS, LLC**,
                                             a Delaware limited liability company


                                             By:_____
                                             Name:_____
                                             Title:_____

EXHIBIT A



**MACIAS & ASSOCIATES, L.P.**
LAND SURVEYORS – FIRM REG. NO. 101141-00

CITY OF AUSTIN
TO
SOUTH TERMINAL
LEASE AGREEMENT

EXHIBIT "_____"

## LEGAL DESCRIPTION FOR

A 23.00 ACRE (1,002,031 SQUARE FEET) TRACT OF LAND IN THE SANTIAGO DEL VALLE TEN LEAGUE GRANT SURVEY, ABSTRACT NO. 24, TRAVIS COUNTY, TEXAS, BEING OUT OF A CALLED 1989.252 ACRE TRACT TO THE CITY OF AUSTIN IN DEED WITHOUT WARRANTY RECORDED IN DOCUMENT NUMBER 2002002218 OF THE OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS. SAID 23.00 ACRES, SAVE & EXCEPT A 0.34 ACRE TRACT OF LAND, IN TOTAL A 22.66 ACRE TRACT AS SHOWN ON THE ACCOMPANYING SKETCH, BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**BEGINNING** at a 60d nail set in the interior of the said 1989.252 acre tract, said 60d nail having Texas State Plane Coordinates (Central Zone 4203) of N=10,044,494.22, E=3,137,398.76 for the northwest corner of this tract, from which a ½" iron rod found at an interior angle of said 1989.252 acre tract, also being a northeast corner of a 1033.081 acre tract conveyed to the City of Austin in deed without warranty recorded in Document Number 1999015608 of the Official Public Records of Travis County, Texas, bears N 05°35'01" W a distance of 6,233.50 feet;

**THENCE** through the interior of said 1989.252 acre tract the following forty-eight (48) calls:

1) N 87°26'30" E for a distance of 465.38 feet to a calculated point;

2) S 02°33'30" E for a distance of 130.10 feet to a calculated point;

3) S 41°43'16" W for a distance of 68.12 feet to a calculated point;

4) S 41°42'29" E for a distance of 6.23 feet to a calculated point;

5) N 41°40'08" E for a distance of 203.19 feet to a calculated point;

6) N 87°22'35" E for a distance of 375.79 feet to a point of curvature of a curve to the left;

7) With said curve to the left, having a radius of 100.09 feet, an arc length of 35.74 feet and a chord which bears N 77°33'57" E a distance of 35.55 feet to a calculated point;

8) N 02°41'00" W for a distance of 115.62 feet to a calculated point;

5410 South 1st Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com

9) N 87°21'57" E a distance of 300.96 feet to a calculated point;

10) S 02°41'00" E a distance of 64.99 feet to a point of curvature of a curve to the left;

11) With said curve to the left, having a radius of 10.00 feet, an arc length of 15.70 feet and a chord which bears S 47°40'07" E a distance of 14.14 feet to a calculated point;

12) N 87°20'47" E a distance of 220.47 feet to a calculated point;

13) N 42°29'14" E a distance of 386.62 feet to a 60d nail set;

14) S 47°30'46" E a distance of 165.53 feet to a calculated point;

15) S 41°19'42" W a distance of 215.92 feet to a calculated point;

16) N 87°20'47" E a distance of 768.04 feet to point of curvature of a curve to the left;

17) With said curve to the left, having a radius of 80.00 feet, an arc length of 83.24 feet and a chord which bears N 57°32'20" E a distance of 79.53 feet to a point of cusp of a curve to the left;

18) With said curve to the left, having a radius of 586.87 feet, an arc length of 283.55 feet and a chord which bears S 13°50'37" W a distance of 280.80 feet to a calculated point;

19) N 53°22'12" W a distance of 142.56 feet to a calculated point;

20) S 72°53'58" W a distance of 96.54 feet to a point of curvature of a curve to the left;

21) With said curve to the left, having a radius of 100.00 feet, an arc length of 52.86 feet and a chord which bears S 57°45'23" W a distance of 52.25 feet to a calculated point;

22) S 42°36'48" W a distance of 53.49 feet to a point of curvature of a curve to the right;

23) With said curve to the right, having a radius of 101.00 feet, an arc length of 79.02 feet and a chord which bears S 65°01'39" W a distance of 77.02 feet to a calculated point;

24) S 87°26'30" W a distance of 834.22 feet to a point of curvature of a curve to the left;

5410 South 1st Street ● Austin, Texas 78745 ● (512) 442-7875 ● Fax (512) 442-7876 ● www.maciasworld.com

25) With said curve to the left, having a radius of 38.00 feet, an arc length of 33.78 feet and a chord which bears S 61°58'37" W a distance of 32.68 feet to a calculated point;

26) S 36°30'43" W a distance of 59.08 feet to a point of curvature of a curve to the right;

27) With said curve to the right, having a radius of 77.00 feet, an arc length of 68.36 feet and a chord which bears S 61°56'37" W a distance of 66.13 feet to a calculated point;

28) S 87°22'32" W a distance of 431.05 feet to a calculated point;

29) S 42°24'27" W a distance of 29.29 feet to a calculated point;

30) S 02°22'47" E a distance of 126.52 feet to a calculated point;

31) N 87°26'30" E a distance of 20.47 feet to a calculated point;

32) S 02°31'48" E a distance of 175.53 feet to a ½" iron rod set;

33) S 87°26'30" W a distance of 122.30 feet to a calculated point;

34) N 81°25'12" W a distance of 102.72 feet to a point of curvature of a curve to the left;

35) With said curve to the left, having a radius of 24.00 feet, an arc length of 7.81 feet and a chord which bears S 85°33'11" W a distance of 7.77 feet to a point of curvature of a curve to the right;

36) With said curve to the right, having a radius of 283.22 feet, an arc length of 64.46 feet and a chord which bears S 80°30'08" W a distance of 64.32 feet to a calculated point;

37) S 87°26'30" W a distance of 24.73 feet to a calculated point;

38) S 02°33'30" E a distance of 32.01 feet to a calculated point;

39) S 87°41'20" W a distance of 335.00 feet to a 60d nail set, from which a ½" iron rod found at an angle point of said 1989.252 acre tract, also being an angle point of said 1033.081 acre tract bears, S 02°59'04" W a distance of 4,466.08 feet;

40) N 34°49'34" W a distance of 62.77 feet to a calculated point;

41) N 02°33'30" W a distance of 131.94 feet to a calculated point;

42) S 87°26'30" W a distance of 14.65 feet to a calculated point;

43) N 02°33'30" W a distance of 112.45 feet to a calculated point;

5410 South 1st Street ● Austin, Texas 78745 ● (512) 442-7875 ● Fax (512) 442-7876 ● www.maciasworld.com

44) N 88°14'17" E a distance of 20.14 feet to a calculated point;

45) N 02°33'40" W a distance of 106.92 feet to a calculated point;

46) S 87°20'47" W a distance of 125.89 feet to a calculated point;

47) N 02°39'13" W a distance of 110.69 feet to a calculated point;

48) N 16°21'19" E a distance of 170.33 feet to the **POINT OF BEGINNING** and containing 23.00 acres (Gross) & 22.66 acres (Net).

## SAVE & EXCEPT - (0.34 ACRE)

**BEGINNING** at a 60d nail set in the interior of the said 1989.252 acre tract, said 60d nail having Texas State Plane (Central Zone 4203) coordinates of N=10,044,191.51, E=3,138,090.88

**THENCE** through the interior of said 1989.252 acre tract the following eight (8) calls:

1) S 02°41'00" E for a distance of 110.23 feet to a calculated point;

2) S 87°19'00" W for a distance of 109.90 feet to a calculated point;

3) N 02°41'00" W for a distance of 19.84 feet to a calculated point;

4) S 87°19'00" W for a distance of 39.41 feet to a calculated point;

5) N 02°41'00" W for a distance of 70.68 feet to a calculated point;

6) N 87°19'00" E for a distance of 39.40 feet to a calculated point;

7) N 02°47'58" W for a distance of 19.74 feet to a calculated point;

8) N 87°20'24" E for a distance of 109.95 feet to the **POINT OF BEGINNING** and containing 0.34 acre (14,902 sq. ft.) of land;

**TOTAL ACREAGE - 22.66 acres (987,129 sq. ft.) of lease area.**

5410 South 1ˢᵗ Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com

**NOTE**

The coordinates and bearings described herein are Texas State Plane Grid Bearings, (Central Zone-4203), NAD 83.

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| **COUNTY OF TRAVIS** | § | |

That I, Carmelo L. Macias, a Registered Professional Land Surveyor, do hereby state that the above description is true and correct to the best of my knowledge and belief and that the property described herein was determined by a survey made on the ground under my direction and supervision.

WITNESS MY HAND AND SEAL at Austin, Travis County, Texas, this 15th day of November, 2016, A.D.

Macias & Associates, L.P.
5410 South 1st Street
Austin, Texas 78745
512-442-7875

*Carmelo L. Macias*
Carmelo L. Macias
Registered Professional Land Surveyor
No. 4333 – State of Texas

**REFERENCES**
AUSTIN GRID NO. N-16
TCAD PARCEL ID NO. 03-1531-06-01
MACIAS & ASSOCIATES, L.P.,
PROJECT NO. 87-43-16

5410 South 1st Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com



SKETCH TO ACCOMPANY LEGAL DESCRIPTION
SOUTH TERMINAL LEASE AGREEMENT

*SEE PAGE 7 OF 7 FOR LINE & CURVE TABLES

PAGE 6 OF 7

# SKETCH TO ACCOMPANY LEGAL DESCRIPTION
## SOUTH TERMINAL LEASE AGREEMENT

### LINE TABLE

| NO. | BEARING | DISTANCE |
|-----|---------|----------|
| L1 | S41°43'16"W | 68.12' |
| L2 | S41°42'29"E | 6.23' |
| L3 | N41°40'08"E | 203.19' |
| L4 | N02°41'00"W | 115.62' |
| L5 | S02°41'00"E | 64.99' |
| L6 | N53°22'12"W | 142.56' |
| L7 | S72°53'58"W | 96.54' |
| L8 | S42°36'48"W | 53.49' |
| L9 | S42°24'27"W | 29.29' |
| L10 | S02°22'47"E | 126.52' |
| L11 | N87°26'30"E | 20.47' |
| L12 | S87°26'30"W | 122.30' |
| L13 | N81°25'12"W | 102.72' |
| L14 | S87°26'30"W | 24.73' |
| L15 | S02°33'30"E | 32.01' |
| L16 | S87°26'30"W | 14.65' |
| L17 | N88°14'17"E | 20.14' |
| L18 | S87°20'47"W | 125.89' |

### CURVE TABLE

| CURVE | RADIUS | LENGTH | DELTA | CHORD DIRECTION | CHORD LENGTH |
|-------|--------|--------|-------|-----------------|--------------|
| C2 | 100.09' | 35.74' | 20°27'32" | N77°33'57"E | 35.55' |
| C3 | 10.00' | 15.70' | 89°58'13" | S47°40'07"E | 14.14' |
| C4 | 80.00' | 83.24' | 59°36'55" | N57°32'20"E | 79.53' |
| C5 | 586.87' | 283.55' | 27°40'58" | S13°50'37"W | 280.80' |
| C6 | 100.00' | 52.86' | 30°17'10" | S57°45'23"W | 52.25' |
| C7 | 101.00' | 79.02' | 44°49'43" | S65°01'39"W | 77.02' |
| C8 | 38.00' | 33.78' | 50°55'47" | S61°56'37"W | 32.68' |
| C9 | 77.00' | 68.36' | 50°51'49" | S61°56'37"W | 66.13' |
| C10 | 24.00' | 7.81' | 18°38'03" | S85°33'11"W | 7.77' |
| C11 | 283.22' | 64.46' | 13°02'28" | S80°30'08"W | 64.32' |

### LINE TABLE

| NO. | BEARING | DISTANCE |
|-----|---------|----------|
| L20 | N87°19'00"E | 39.40' |
| L21 | N02°47'58"W | 19.74' |
| L22 | N87°20'24"E | 109.95' |
| L23 | S02°41'00"E | 110.23' |
| L24 | S87°19'00"W | 109.90' |
| L25 | N02°41'00"W | 19.84' |
| L26 | S87°19'00"W | 39.41' |
| L27 | N02°41'00"W | 70.68' |



Job No.: 87-43-16
Drawn by: P. GUERRERO
Checked by: C. MACIAS

MACIAS & ASSOCIATES, L.P.
LAND SURVEYORS — FIRM NO. 10114I-00
5410 SOUTH 1ST STREET
AUSTIN, TEXAS 78745
PH. (512)442-7875   FAX (512)442-7876
W W W . M A C I A S W O R L D . C O M

NOTE:
THIS SURVEY WAS PERFORMED WITHOUT THE
BENEFIT OF A TITLE REPORT. RECORD
INFORMATION ON THIS DRAWING IS BASED ON
A PUBLIC RECORDS SEARCH BY THE SURVEYOR
AND MAY NOT INCLUDE ALL EASEMENTS OR
INSTRUMENTS PERTAINING TO THIS PROPERTY.

BEARING BASIS:
ALL BEARINGS SHOWN HEREON ARE
BASED ON THE STATE PLANE COORDINATE
SYSTEM OF TEXAS, CENTRAL ZONE
(4203), NAD83 (1986). ALL DISTANCES
& COORDINATES SHOWN ARE IN GRID.

PAGE 7 OF 7

\\MACIAS\VEDEMA\07-43-16 ASIA MAIN APRON\DWG\07-4316.dwg

EXHIBIT A 1.2



EXHIBIT C

**NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

### RIGHT OF ENTRY AND POSSESSION

**THE STATE OF TEXAS**  §
 §
**COUNTY OF TRAVIS**  §

1.      LoneStar Airport Holdings, LLC, a Delaware Limited Liability Company ("Tenant"), a Delaware limited liability company, doing business in Travis County, Texas owns certain leasehold interests in a certain tract of land in Austin, Travis County, Texas, described in the attached and incorporated **EXHIBIT A** ("Premises"), which is owned in fee simple by the City of Austin ("City").

2.      The City requires the Tenant's Interest, including the entire Premises, as those terms are defined in the South Terminal Lease and Concession Agreement between the City of Austin ("Owner") and Highstar Capital IV, L.P. on March 24, 2016 (the "Lease"), which was assigned to Tenant by the Assignment and Assumption Agreement by and between Highstar Capital IV LP and Tenant dated March 24, 2016, and amended by Amendment No. One to the South Terminal Lease and Concession Agreement by and between the Owner and Tenant, effective July 1, 2019, and all improvements and other buildings therein and thereon leased to Tenant by Owner, as well as the entirety of Tenant's Interest as that term is defined in the Lease, in order to accommodate proposed improvements at the Austin-Bergstrom International Airport ("AUS") relating to the Airport Expansion and Development Program ("AEDP").

The parties agree that Tenant in consideration of $1.00 and other good and valuable consideration paid by the City to Tenant, the receipt and sufficiency of which is acknowledged. Tenant has **GRANTED, SOLD** and **CONVEYED**, and by these premises do **GRANT, SELL** and **CONVEY,** unto the City, the right of entry in, on, over, across, under and upon, and the exclusive right of possession of the entire Premises, and Tenant's Interest.

This grant of Right of Entry and Possession is conditioned upon the following:

1.      The City and its agents, contractors, and assigns ("Agents"), whether one or more), have the right of entry upon, and the possession of the Property from and after _____ [DATE] to survey, conduct site review and analysis, and to decommission and remove any improvements from the Premises as deemed appropriate by the City.  The City and its Agents have the full and non-exclusive right to control and use the Premises.

2.      Granting the Right of Entry and Possession does not in any way, prejudice Tenant's right to receive full and just compensation for the Tenant's Interest to be acquired by the City in the Premises.

3.      The parties agree that the valuation date for determining the amount of just compensation for the Tenant's Interest proposed to be acquired by the City, for negotiation or eminent domain proceeding purposes, will be the Effective Date of this Agreement.

1

4.      It is expressly provided that, if the City institutes condemnation proceedings against the Tenant's Interest, the City will not be liable to the Tenant for interest upon any award or judgment in such proceedings for any period of time prior to the deposit by the City in the condemnation proceedings as required by law.  This conveyance is made for the mutual benefit of the Tenant and the City, and Tenant does not claim the right to interest for any period of time that the City might have had exclusive possession of the Premises and ownership of Tenant's Interest prior to the deposit by the City of the amount of the award.

5.      This Right of Entry and Possession is irrevocable by Tenant.  The Tenant will have no right to withdraw or rescind the rights herein conveyed.

**TO HAVE AND TO HOLD** the exclusive right of possession of the Premises and ownership of Tenant's Interest for the purposes and subject to the limitations above described, and the Tenant warrants that no other person or corporation owns any part of the Tenant's Interest or any property interest in the Premises other than the Tenant herein.

Executed on _____, 2022.

[The Remainder of page left intentionally blank.]

2

**TENANT:**

**By: LONESTAR AIRPORT HOLDINGS, LLC** a limited
liability company formed and existing under the laws of the
State of Delaware

By:_____

    Name:_____

    Title:_____

**ACKNOWLEDGEMENT**

**STATE OF** _____      §

                                   §

**COUNTY OF** _____      §

      This instrument was acknowledged before me on the _____ day of _____
202__, by _____, _____ of
_____, on behalf of _____.

      GIVEN UNDER MY HAND AND SEAL OF OFFICE this _____ day of _____
202__.

_____

Notary Public in and for the State of _____

_____

(Print Name of Notary Public Here)

After Recording Return to City of Austin Pick Up Box
City of Austin - Financial Services Dept. - Real Estate Office (FSD-RES)
Attn: Laura Seer – FSD-RES 13th Floor
P.O. Box 1088
Austin, Texas 78767
Project Name:  AUS South Terminal

EXHIBIT A



**MACIAS & ASSOCIATES, L.P.**
LAND SURVEYORS – FIRM REG. NO. 101141-00

EXHIBIT "_____"

CITY OF AUSTIN
TO
SOUTH TERMINAL
LEASE AGREEMENT

### LEGAL DESCRIPTION FOR

A 23.00 ACRE (1,002,031 SQUARE FEET) TRACT OF LAND IN THE SANTIAGO DEL VALLE TEN LEAGUE GRANT SURVEY, ABSTRACT NO. 24, TRAVIS COUNTY, TEXAS, BEING OUT OF A CALLED 1989.252 ACRE TRACT TO THE CITY OF AUSTIN IN DEED WITHOUT WARRANTY RECORDED IN DOCUMENT NUMBER 2002002218 OF THE OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS. SAID 23.00 ACRES, SAVE & EXCEPT A 0.34 ACRE TRACT OF LAND, IN TOTAL A 22.66 ACRE TRACT AS SHOWN ON THE ACCOMPANYING SKETCH, BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**BEGINNING** at a 60d nail set in the interior of the said 1989.252 acre tract, said 60d nail having Texas State Plane Coordinates (Central Zone 4203) of N=10,044,494.22, E=3,137,398.76 for the northwest corner of this tract, from which a ½" iron rod found at an interior angle of said 1989.252 acre tract, also being a northeast corner of a 1033.081 acre tract conveyed to the City of Austin in deed without warranty recorded in Document Number 1999015608 of the Official Public Records of Travis County, Texas, bears N 05°35'01" W a distance of 6,233.50 feet;

**THENCE** through the interior of said 1989.252 acre tract the following forty-eight (48) calls:

1) N 87°26'30" E for a distance of 465.38 feet to a calculated point;

2) S 02°33'30" E for a distance of 130.10 feet to a calculated point;

3) S 41°43'16" W for a distance of 68.12 feet to a calculated point;

4) S 41°42'29" E for a distance of 6.23 feet to a calculated point;

5) N 41°40'08" E for a distance of 203.19 feet to a calculated point;

6) N 87°22'35" E for a distance of 375.79 feet to a point of curvature of a curve to the left;

7) With said curve to the left, having a radius of 100.09 feet, an arc length of 35.74 feet and a chord which bears N 77°33'57" E a distance of 35.55 feet to a calculated point;

8) N 02°41'00" W for a distance of 115.62 feet to a calculated point;

5410 South 1st Street ● Austin, Texas 78745 ● (512) 442-7875 ● Fax (512) 442-7876 ● www.maciasworld.com

9) N 87°21'57" E a distance of 300.96 feet to a calculated point;

10) S 02°41'00" E a distance of 64.99 feet to a point of curvature of a curve to the left;

11) With said curve to the left, having a radius of 10.00 feet, an arc length of 15.70 feet and a chord which bears S 47°40'07" E a distance of 14.14 feet to a calculated point;

12) N 87°20'47" E a distance of 220.47 feet to a calculated point;

13) N 42°29'14" E a distance of 386.62 feet to a 60d nail set;

14) S 47°30'46" E a distance of 165.53 feet to a calculated point;

15) S 41°19'42" W a distance of 215.92 feet to a calculated point;

16) N 87°20'47" E a distance of 768.04 feet to point of curvature of a curve to the left;

17) With said curve to the left, having a radius of 80.00 feet, an arc length of 83.24 feet and a chord which bears N 57°32'20" E a distance of 79.53 feet to a point of cusp of a curve to the left;

18) With said curve to the left, having a radius of 586.87 feet, an arc length of 283.55 feet and a chord which bears S 13°50'37" W a distance of 280.80 feet to a calculated point;

19) N 53°22'12" W a distance of 142.56 feet to a calculated point;

20) S 72°53'58" W a distance of 96.54 feet to a point of curvature of a curve to the left;

21) With said curve to the left, having a radius of 100.00 feet, an arc length of 52.86 feet and a chord which bears S 57°45'23" W a distance of 52.25 feet to a calculated point;

22) S 42°36'48" W a distance of 53.49 feet to a point of curvature of a curve to the right;

23) With said curve to the right, having a radius of 101.00 feet, an arc length of 79.02 feet and a chord which bears S 65°01'39" W a distance of 77.02 feet to a calculated point;

24) S 87°26'30" W a distance of 834.22 feet to a point of curvature of a curve to the left;

5410 South 1st Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com

25) With said curve to the left, having a radius of 38.00 feet, an arc length of 33.78 feet and a chord which bears S 61°58'37" W a distance of 32.68 feet to a calculated point;

26) S 36°30'43" W a distance of 59.08 feet to a point of curvature of a curve to the right;

27) With said curve to the right, having a radius of 77.00 feet, an arc length of 68.36 feet and a chord which bears S 61°56'37" W a distance of 66.13 feet to a calculated point;

28) S 87°22'32" W a distance of 431.05 feet to a calculated point;

29) S 42°24'27" W a distance of 29.29 feet to a calculated point;

30) S 02°22'47" E a distance of 126.52 feet to a calculated point;

31) N 87°26'30" E a distance of 20.47 feet to a calculated point;

32) S 02°31'48" E a distance of 175.53 feet to a ½" iron rod set;

33) S 87°26'30" W a distance of 122.30 feet to a calculated point;

34) N 81°25'12" W a distance of 102.72 feet to a point of curvature of a curve to the left;

35) With said curve to the left, having a radius of 24.00 feet, an arc length of 7.81 feet and a chord which bears S 85°33'11" W a distance of 7.77 feet to a point of curvature of a curve to the right;

36) With said curve to the right, having a radius of 283.22 feet, an arc length of 64.46 feet and a chord which bears S 80°30'08" W a distance of 64.32 feet to a calculated point;

37) S 87°26'30" W a distance of 24.73 feet to a calculated point;

38) S 02°33'30" E a distance of 32.01 feet to a calculated point;

39) S 87°41'20" W a distance of 335.00 feet to a 60d nail set, from which a ½" iron rod found at an angle point of said 1989.252 acre tract, also being an angle point of said 1033.081 acre tract bears, S 02°59'04" W a distance of 4,466.08 feet;

40) N 34°49'34" W a distance of 62.77 feet to a calculated point;

41) N 02°33'30" W a distance of 131.94 feet to a calculated point;

42) S 87°26'30" W a distance of 14.65 feet to a calculated point;

43) N 02°33'30" W a distance of 112.45 feet to a calculated point;

5410 South 1st Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com

44) N 88°14'17" E a distance of 20.14 feet to a calculated point;

45) N 02°33'40" W a distance of 106.92 feet to a calculated point;

46) S 87°20'47" W a distance of 125.89 feet to a calculated point;

47) N 02°39'13" W a distance of 110.69 feet to a calculated point;

48) N 16°21'19" E a distance of 170.33 feet to the **POINT OF BEGINNING** and containing 23.00 acres (Gross) & 22.66 acres (Net).

## SAVE & EXCEPT - (0.34 ACRE)

**BEGINNING** at a 60d nail set in the interior of the said 1989.252 acre tract, said 60d nail having Texas State Plane (Central Zone 4203) coordinates of N=10,044,191.51, E=3,138,090.88

**THENCE** through the interior of said 1989.252 acre tract the following eight (8) calls:

1) S 02°41'00" E for a distance of 110.23 feet to a calculated point;

2) S 87°19'00" W for a distance of 109.90 feet to a calculated point;

3) N 02°41'00" W for a distance of 19.84 feet to a calculated point;

4) S 87°19'00" W for a distance of 39.41 feet to a calculated point;

5) N 02°41'00" W for a distance of 70.68 feet to a calculated point;

6) N 87°19'00" E for a distance of 39.40 feet to a calculated point;

7) N 02°47'58" W for a distance of 19.74 feet to a calculated point;

8) N 87°20'24" E for a distance of 109.95 feet to the **POINT OF BEGINNING** and containing 0.34 acre (14,902 sq. ft.) of land;

**TOTAL ACREAGE - 22.66 acres (987,129 sq. ft.) of lease area.**

5410 South 1ˢᵗ Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com

## NOTE

The coordinates and bearings described herein are Texas State Plane Grid Bearings, (Central Zone-4203), NAD 83.

**THE STATE OF TEXAS** §
§         KNOW ALL MEN BY THESE PRESENTS:
**COUNTY OF TRAVIS** §

That I, Carmelo L. Macias, a Registered Professional Land Surveyor, do hereby state that the above description is true and correct to the best of my knowledge and belief and that the property described herein was determined by a survey made on the ground under my direction and supervision.

WITNESS MY HAND AND SEAL at Austin, Travis County, Texas, this 15th day of November, 2016, A.D.

Macias & Associates, L.P.
5410 South 1st Street
Austin, Texas 78745
512-442-7875

*Carmelo L. Macias*

Carmelo L. Macias
Registered Professional Land Surveyor
No. 4333 – State of Texas

## REFERENCES
AUSTIN GRID NO. N-16
TCAD PARCEL ID NO. 03-1531-06-01
MACIAS & ASSOCIATES, L.P.,
PROJECT NO. 87-43-16

5410 South 1st Street • Austin, Texas 78745 • (512) 442-7875 • Fax (512) 442-7876 • www.maciasworld.com

SKETCH TO ACCOMPANY LEGAL DESCRIPTION
SOUTH TERMINAL LEASE AGREEMENT

GRAPHIC SCALE
1" = 200'

LEGEND

●        1/2" IRON ROD
○        600 NAIL SET
△        CALCULATED POINT
P.O.B.   POINT OF BEGINNING
D.R.T.C.TX.   DEED RECORDS OF TRAVIS COUNTY, TEXAS
O.P.R.T.C.TX.   OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS
( )      RECORD INFORMATION SHOWN
—PL—    PROPERTY LINE

NOTE:
THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE REPORT. RECORD INFORMATION ON THIS DRAWING IS BASED ON A PUBLIC RECORDS SEARCH BY THE SURVEYOR AND MAY NOT INCLUDE ALL EASEMENTS OR INSTRUMENTS PERTAINING TO THIS PROPERTY.

BEARING BASIS:
ALL BEARINGS SHOWN HEREON ARE REFERENCED TO THE STATE PLANE COORDINATE SYSTEM OF TEXAS, CENTRAL ZONE (4203), NAD83 (1986). ALL DISTANCES & COORDINATES SHOWN ARE IN GRID.

*SEE PAGE 7 OF 7 FOR LINE & CURVE TABLES

PAGE 6 OF 7

Carmelo L. Macias
Registered Professional Land Surveyor
No. 4333 – State of Texas

Date/  11/15/16

MACIAS & ASSOCIATES, L.P.
LAND SURVEYORS – FIRM NO. 10141-00
5410 SOUTH 1ST STREET
AUSTIN, TEXAS 78745
PH. (512)442-7875 FAX (512)442-7876
W W W . M A C I A S W O R L D . C O M

Job No.:   87-43-16
Drawn by:  P. GUERRERO
Checked by: C. MACIAS

## SKETCH TO ACCOMPANY LEGAL DESCRIPTION
## SOUTH TERMINAL LEASE AGREEMENT

### LINE TABLE

| NO. | BEARING | DISTANCE |
|-----|---------|----------|
| L20 | N87°19'00"E | 39.40' |
| L21 | N02°47'58"W | 19.74' |
| L22 | N87°20'24"E | 109.95' |
| L23 | S02°41'00"E | 110.23' |
| L24 | S87°19'00"W | 109.90' |
| L25 | N02°41'00"W | 19.84' |
| L26 | S87°19'00"W | 39.41' |
| L27 | N02°41'00"W | 70.68' |

### CURVE TABLE

| CURVE | RADIUS | LENGTH | DELTA | CHORD DIRECTION | CHORD LENGTH |
|-------|--------|--------|-------|-----------------|--------------|
| C2 | 100.09' | 35.74' | 20°27'32" | N77°33'57"E | 35.55' |
| C3 | 10.00' | 15.70' | 89°58'13" | S47°40'07"E | 14.14' |
| C4 | 80.00' | 83.24' | 59°36'55" | N57°32'20"E | 79.53' |
| C5 | 586.87' | 283.55' | 27°40'58" | S13°50'37"W | 280.80' |
| C6 | 100.00' | 52.86' | 30°17'10" | S57°45'23"W | 52.25' |
| C7 | 101.00' | 79.02' | 44°49'43" | S65°01'39"W | 77.02' |
| C8 | 38.00' | 33.78' | 50°55'47" | S61°58'37"W | 32.68' |
| C9 | 77.00' | 68.36' | 50°51'49" | S61°56'37"W | 66.13' |
| C10 | 24.00' | 7.81' | 18°38'03" | S85°33'11"W | 7.77' |
| C11 | 283.22' | 64.46' | 13°02'28" | S80°30'08"W | 64.32' |

### LINE TABLE

| NO. | BEARING | DISTANCE |
|-----|---------|----------|
| L1 | S41°43'16"W | 68.12' |
| L2 | S41°42'29"E | 6.23' |
| L3 | N41°40'08"E | 203.19' |
| L4 | N02°41'00"W | 115.62' |
| L5 | S02°41'00"E | 64.99' |
| L6 | N53°22'12"W | 142.56' |
| L7 | S72°53'58"W | 96.54' |
| L8 | S42°36'48"W | 53.49' |
| L9 | S42°24'27"W | 29.29' |
| L10 | S02°22'47"E | 126.52' |
| L11 | N87°26'30"E | 20.47' |
| L12 | S87°26'30"W | 122.30' |
| L13 | N81°25'12"W | 102.72' |
| L14 | S87°26'30"W | 24.73' |
| L15 | S02°33'30"E | 32.01' |
| L16 | S87°26'30"W | 14.65' |
| L17 | N88°14'17"E | 20.14' |
| L18 | S87°20'47"W | 125.89' |

Job No.: 87-43-16
Drawn by: P. GUERRERO
Checked by: C. MACIAS

MACIAS & ASSOCIATES, L.P.
LAND SURVEYORS - FIRM NO. 101141-00
AUSTIN, TEXAS 78745
5410 SOUTH 1ST STREET
PH. (512)442-7875   FAX (512)442-7876
WWW.MACIASWORLD.COM

NOTE:
THIS SURVEY WAS PERFORMED WITHOUT THE
BENEFIT OF A TITLE REPORT. RECORD
INFORMATION ON THIS DRAWING IS BASED ON
A PUBLIC RECORDS SEARCH BY THE SURVEYOR
AND MAY NOT INCLUDE ALL EASEMENTS OR
INSTRUMENTS PERTAINING TO THIS PROPERTY.

BEARING BASIS:
ALL BEARINGS SHOWN HEREON ARE
BASED ON THE STATE PLANE COORDINATE
SYSTEM OF TEXAS, CENTRAL ZONE
(4203), NAD83 (1986). ALL DISTANCES
& COORDINATES SHOWN ARE IN GRID.

PAGE 7 OF 7

# EXHIBIT A 1.2

