IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LONESTAR AIRPORT HOLDINGS, LLC<br>    *Plaintiff,*<br><br>v.<br><br>CITY OF AUSTIN, TEXAS,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:22-CV-00770-RP |

## NOTICE TO THE COURT REGARDING SETTING OF SPECIAL COMMISSIONERS' HEARING

On October 18, 2022, the Court entered a text order Granting in Part and Denying in Part Defendant's Motion to Defer Preliminary Injunction Proceedings (Dkt. No. 35). The Court's order further ordered the parties to inform the Court when the state court hearing (the "Special Commissioners' Hearing") is scheduled. Pursuant to the Court's October 18, 2022 Text Order, Defendant the City of Austin, Texas notifies the Court that the Special Commissioners' Hearing in the underlying state court condemnation lawsuit is scheduled for **January 31 and February 1, 2023**, by agreement of the parties and the Special Commissioners.

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Thomas J. Forestier*
    Thomas J. Forestier
    State Bar No. 07256560
    tforestier@winstead.com
    Christopher Robertson
    State Bar No. 24107267
    crobertson@winstead.com
    600 Travis Street, Suite 5200
    Houston, Texas 77002
    Telephone: (713) 650-2749
    Facsimile No.: (713) 650-2400

>Andrew J. Schumacher
>State Bar No. 24051310
>aschumacher@winstead.com
>401 Congress Avenue, Suite 2100
>Austin, Texas 78701
>Telephone: (512) 370-2800
>Facsimile No.: (512) 370-2850
>
>-and-
>
>Anne L. Morgan, CITY ATTORNEY
>Meghan L. Riley, CHIEF, LITIGATION
>State Bar No. 24049373
>meghan.riley@austintexas.gov
>City of Austin Law Department
>P.O. Box 1546
>Austin, TX 78767-1088
>Telephone: (512) 974-2458
>Facsimile No.: (512) 974-1311
>
>**ATTORNEYS FOR DEFENDANT
>CITY OF AUSTIN, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 28, 2022, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

>　/s/ Thomas J. Forestier
>Thomas J. Forestier