# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LONESTAR AIRPORT HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF AUSTIN, TEXAS, <br><br> Defendant. | Civil Action No. 1:22-cv-00770-RP |

## PLAINTIFF LONESTAR AIRPORT HOLDINGS, LLC'S
## REQUEST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

In light of the setting of the Special Commissioners' Hearing for January 31-February 1, 2023, (*see* Dkt. 44), Plaintiff Lonestar Airport Holdings, LLC submits this Request for Hearing on Motion for Preliminary Injunction. As was discussed at the recent status conference before the Magistrate, the Parties agree that the state-court hearing should take place after Lonestar's Motion for Preliminary Injunction (Dkt. 20) is heard.

The parties have conferred and are available for a hearing during **the week of January 16, 2023**, subject to the Court's availability.

Lonestar also respectfully requests that the Court set a **deadline of January 5, 2023**, for Lonestar to file its Reply in support of the Motion for Preliminary Injunction.

Dated: October 31, 2022.                    Respectfully submitted,

/s/ Edward F. Fernandes
**KING & SPALDING LLP**
Edward F. Fernandes (SBN 06932700)
Julia C. Barrett (SBN 24116075)
500 W 2nd St #1800
Austin, TX 78701
T: 512 457 2000
efernandes@kslaw.com
jbarrett@kslaw.com

Lawrence A. Slovensky (*pro hac vice*)
Mandi Goodman (*pro hac vice*)
1180 Peachtree St NE
Atlanta, GA 30309
T: 404 572 4600
lslovensky@kslaw.com

**MUNGER, TOLLES & OLSON LLP**
Bethany Kristovich (*pro hac vice*)
Michael Doyen (*pro hac vice*)
John Major (*pro hac vice*)
350 South Grand Avenue
Los Angeles, CA 90071
T: 213 683 9292
Michael.doyen@mto.com
Bethany.kristovich@mto.com
John.major@mto.com

**BARRON, ADLER, CLOUGH & ODDO, LLP**
Christopher M. Clough (SBN 24044802)
Christopher J. Oddo (SBN 24013257)
808 Nueces Street
Austin, TX 78701
T: 512 478 4995
clough@barronadler.com
oddo@barronadler.com

*Attorneys for Plaintiff*
*Lonestar Airport Holdings, LLC*

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that, on October 31, 2022, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the CM/ECF system of the Court, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Edward F. Fernandes*
Edward F. Fernandes
