# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Lonestar Airport Holdings, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:22-CV-00770-RP |
| | § | |
| City of Austin, Texas | § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, January 20, 2023 at 09:00 AM**.

IT IS SO ORDERED this 2nd day of November, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE