# **EXHIBIT B**



**U.S. DEPARTMENT OF TRANSPORTATION**
FEDERAL AVIATION ADMINISTRATION

National Policy



ORDER
5190.6B
Change 1

Effective Date:
November 22, 2021

**SUBJ**: Airport Compliance Manual

1. **Purpose**

The Airport Compliance Manual provides guidance to FAA employees on the implementation of the FAA's airport compliance program.  Under the program, the FAA has the responsibility to assure airport sponsors comply with certain obligations that arise from FAA grant agreements and from deeds of property conveyance for airport use.

2. **Distribution**

The Airport Compliance Manual is located on the FAA Office of Airports website where it is available to all interested parties. *See:*
https://www.faa.gov/airports/resources/publications/orders/compliance_5190_6/

3. **Cancellation**

This Order cancels and replaces the following chapters of the Airport Compliance Manual:

    Chapter 1, Scope and Authority
    Chapter 9, Unjust Discrimination Between Aeronautical Users
    Chapter 10, Reasonable Commercial Minimum Standards
    Chapter 11, Self-Service
    Chapter 23, Reversions of Airport Property

4. **Explanation of Changes**

Since 2009, there have been changes to the laws and policies relating to the Federal obligations of airport sponsors and revisions to the procedures for investigating and resolving complaints that allege noncompliance. To incorporate any changes and provide the most useful and current program guidance to FAA employees, the Office of Airport Compliance and Management Analysis is undertaking a review of the Order and will publish updates as the chapter reviews are completed.

The Office of Airport Compliance and Management Analysis is issuing Change 1 to the Airport Compliance Manual to address the following:

- After review of public comments offered on the 2009 update, and subsequent experience with using Order 5190.6B as guidance for the airport compliance program, the FAA is updating Chapters 1, 9, 10, 11 and 23 of the Order.
- Most of the changes are editorial, based on suggestions in the public comments or recommendations from FAA staff for more effective ways of expressing policy guidance. In applicable sections of the Order, the revised chapters:

- o Add updated references to other FAA guidance documents on the same subject where applicable.
  - o Update references to Light Sport Aircraft (LSA) and experimental aircraft to reflect current policy and categories of FAA certificates.
  - o Add specific references to ethanol-free automotive gasoline.
  - o Includes citations to Part 16 determinations relating to certain policy statements.
- In other cases, the Order has been updated to reflect policy changes adopted by the agency since 2009 to remain current with Federal statutes.
- When the FAA revises its policy on a specific compliance issue, or issues a new policy statement to clarify the agency position on an issue, the agency will issue a separate policy statement after public notice and comment.
- Edits and additions to the revised chapters are intended to provide accurate and useful guidance on airport compliance policy for FAA Airports staff, and not to adopt significant changes in compliance policy. As chapters are revised, a summary of the changes will be posted on the FAA website.

- Edits to Chapter 1, *Scope and Authority*, include:
  - o Editorial changes;
  - o Updated NPIAS information for airports by category and role;
  - o Reference to special funding programs authorized by Congress to provide federal grants to airports for a specific purpose such as economic development or recovery (e.g., American Economic Recovery and Reinvestment Act of 2009 (ARRA); Coronavirus Aid, Relief, and Economic Security Act (CARES);
  - o Reference to The FAA Reauthorization Act of 2018 (Pub. L. 115-254), Section 163(a) which narrows the scope of the FAA's authority over airport land uses by generally prohibiting the FAA from directly or indirectly regulating airport land (Section 163(a) will be more fully discussed in a future update to the Order).

- Edits to Chapter 9, *Unjust Discrimination Between Aeronautical Users*, include:
  - o Section 9.2 – New brief discussion of airline incentive programs;
  - o Section 9.6 – Expands the discussion of commercial minimum standards;
  - o Section 9.7 – Guidance on leasing of general aviation apron constructed with Federal assistance (based on language in Order 5190.6A but not included in 5910.6B);
  - o Section 9.8 – Retitle to paragraph 9.8.d. as "Air Carrier Accommodation."

- Edits to Chapter 10, *Reasonable Commercial Minimum Standards*, include:
  - o Section 10.5 – Guidance on availability of automotive gasoline;
  - o Section 10.5 – Guidance on minimum standards for Specialized Aviation Service Operators;
  - o Section 10.6 – Revised language to reflect recent policy changes regarding services provided by flying clubs (81 FR 13719; March 15, 2016);
  - o Section 10.7 — New section (10.7) discussing illegal air charters.

- Edits to Chapter 11, *Self-Service*, include:
    - Section 11.2 – Clarification that activities covered by the right to self-service, as well as the airport sponsor's ability to impose reasonable safety regulations, on self-servicing;
    - Section 11.3 – Detailed descriptions of the maintenance activities included in self-service, including maintenance performed on LSA and experimental aircraft, and maintenance performed by the holders of certain FAA certificates;
    - Section 11.4 –Guidance regarding when contracting to a third party is and is not permitted.

- Edits to Chapter 23, *Reversions of Airport Property*, include:
    - Organizational references update and adds an example of a reversion of airport property;
    - Identifies requires of environmental due diligence prior to property reversion;
    - Other limited editorial changes.

In addition to updating the five chapters listed above, the agency has revised several of the appendices to Order 5190.6B. The changes update citations and documents to provide current versions, delete obsolete references, and include more recent sample documents. Also, Appendices E-1, F-3, G-1, and S have been removed.

Kevin Willis

Director

Airport Compliance and Management Analysis (ACO-1)

# Part I: Background

**Chapter 1:     Scope and Authority** ........................................................................... 1-1

**Updated November 2021**

1.1.   Purpose. ........................................................................................................... 1-1
1.2.   Audience. ......................................................................................................... 1-1
1.3.   Where Can I Find This Order? ......................................................................... 1-1
1.4.   Cancellation. .................................................................................................... 1-1
1.5.   Introduction. ..................................................................................................... 1-1
1.6.   Scope. .............................................................................................................. 1-1
1.7.   Background. .................................................................................................... 1-2
1.8.   Compliance Program Background. .................................................................. 1-5
1.9.   Sources of Airport Sponsor Federal Obligations. ............................................. 1-6
1.10.  FAA Authority to Administer the Compliance Program. ................................... 1-7
1.11.  Statutory Limitation on FAA Authority .............................................................. 1-8
1.12 through 1.14 reserved. ......................................................................................... 1-8

**Chapter 2:     Compliance Program** ............................................................................ 2-1

2.1.   Introduction. ..................................................................................................... 2-1
2.2.   Background. .................................................................................................... 2-1
2.3.   Determining if an Airport is Federally Obligated. .............................................. 2-1
2.4.   Objectives of the Compliance Program. .......................................................... 2-2
2.5.   Program Elements. .......................................................................................... 2-3
2.6.   Priorities and Emphasis. .................................................................................. 2-5
2.7.   Responsibilities. ............................................................................................... 2-5
2.8.   Analyzing Compliance Status. ......................................................................... 2-6
2.9.   Compliance Determination. ............................................................................. 2-6
2.10.  Airport Noncompliance List (ANL). ................................................................... 2-8
2.11 through 2.15 reserve. ........................................................................................... 2-8

# Part II: Types of Federal Agreements

**Chapter 3:     Federal Obligations from Property Conveyances** ............................ 3-1

3.1.   Introduction. ..................................................................................................... 3-1
3.2.   Background. .................................................................................................... 3-2
3.3.   The War Assets Administration (WAA). ........................................................... 3-2
3.4.   Nonairport Property. ........................................................................................ 3-3
3.5.   The Use of Property for Revenue Production. ................................................. 3-4
3.6.   Highest and Best Use and Suitability for Airport Use. ...................................... 3-4
3.7.   Types of Conveyance Instruments for Surplus Property. ................................. 3-5
3.8.   Sponsor Federal Obligations for Surplus Property. .......................................... 3-5
3.9.   Duration of Surplus Property Federal Obligations. ........................................... 3-7
3.10.  Review of Specific Obligations. ....................................................................... 3-7
3.11.  Nonsurplus Federal Land Conveyances. ......................................................... 3-8
3.12.  Land Conveyance Federal Obligations. ........................................................... 3-8

3.13.    Bureau of Land Management................................................................................3-9
3.14.    Federal Obligations Imposed by Other Government Agencies. ..................................3-9
3.15.    Duration of Nonsurplus Federal Obligations. ...........................................................3-9
3.16.    Reversion Provisions. .............................................................................................3-10
3.17.    Airport Sponsor Compliance. ..................................................................................3-10
3.18.    The AP-4 Land Agreements. ...................................................................................3-10
3.19.    Base Conversion and Surplus Property....................................................................3-11
3.20.    Joint Use and Federal Use of Obligated Airports. ....................................................3-11
3.21.    Environmental Issues Related to Land Conveyances. ..............................................3-12
3.22. through 3.25. reserved.................................................................................................3-13

**Chapter 4:   Federal Grant Obligations and Responsibilities** ........................................... **4-1**

4.1.     Introduction............................................................................................................4-1
4.2.     Sponsor Federal Obligations Under Various Grant Agreements.....................................4-1
4.3.     The Duration of Federal Grant Obligations. .............................................................4-2
4.4.     The Useful Life of Grant Funded Projects................................................................4-3
4.5.     Airport Sponsor Compliance. ..................................................................................4-3
4.6.     Federal Obligations under the Basic Grant Assurance Requirements. ...........................4-3
4.7 through 4.10 reserved.......................................................................................................4-8

### Part III: Complaint Resolution

**Chapter 5:   Complaint Resolution** ......................................................................................**5-1**

5.1.     Introduction............................................................................................................5-1
5.2.     Background. ..........................................................................................................5-1
5.3.     Complaints Handled by Other FAA Offices or Other Federal Agencies. .......................5-1
5.4.     Informal Complaints under § 13.1. ..........................................................................5-2
5.5.     Process for Resolving Informal Complaints.............................................................5-2
5.6.     Receiving the Complaint.........................................................................................5-3
5.7.     Coordinating Resolution of the Part 13 Informal Complaint..........................................5-4
5.8.     Evaluate the Complaint...........................................................................................5-5
5.9.     Attempt to Resolve the Allegation...........................................................................5-6
5.10.    Dispute Resolution for Part 13.1 Complaints. .........................................................5-7
5.11.    Determinations on Part 13.1.1 Complaints and Notification to the Parties. ...................5-7
5.12.    Dismissing a Part 13.1.1 Complaint. .......................................................................5-7
5.13.    Notice of Potential Noncompliance. .......................................................................5-8
5.14.    Follow up and Enforcement Actions. ......................................................................5-8
5.15.    Documentation to Support the FAA's Determination. ............................................5-8
5.16.    Formal Complaint: 14 CFR Part 16. .......................................................................5-8
5.17. through 5.21. reserved.................................................................................................5-9

### Part IV: Airports and Aeronautical Users

**Chapter 6:   Rights and Powers and Good Title** ..................................................................**6-1**

6.1.     Introduction............................................................................................................6-1
6.2.     Airport Governance Structures. ..............................................................................6-1

- 6.3. Controlling Grant Assurances. ... 6-1
- 6.4. Interrelationship of Issues. ... 6-2
- 6.5. Assignment of Federal Obligations. ... 6-2
- 6.6. Rights and Powers. ... 6-2
- 6.7. Transfer to another Eligible Recipient. ... 6-4
- 6.8. Transfer to the United States Government. ... 6-4
- 6.9. Delegation of Federal Obligations. ... 6-5
- 6.10. Subordination of Title. ... 6-5
- 6.11. New Sponsor Document Review. ... 6-6
- 6.12. Title and Property Interest. ... 6-8
- 6.13. Airport Management Agreements. ... 6-9
- 6.14. Airport Privatization Pilot Program. ... 6-10
- 6.15. Privatization Outside of the Airport Privatization Pilot Program. ... 6-11
- 6.16. through 6.20. reserved ... 6-12

**Chapter 7: Airport Operations ... 7-1**

- 7.1. Introduction. ... 7-1
- 7.2. Scope of Airport Maintenance Federal Obligations. ... 7-1
- 7.3. Grant Assurance 19, Operation and Maintenance. ... 7-2
- 7.4. Maintenance Procedures. ... 7-2
- 7.5. Criteria for Satisfactory Compliance with Grant Assurance 19, Operation and Maintenance. ... 7-3
- 7.6. Airport Pavement Maintenance Requirement. ... 7-3
- 7.7. Major Pavement Repairs. ... 7-5
- 7.8. Requirement to Operate the Airport. ... 7-6
- 7.9. Local Rules and Procedures. ... 7-6
- 7.10. Operations in Inclement Weather. ... 7-8
- 7.11. Availability of Federally Acquired Airport Equipment. ... 7-8
- 7.12. Part-time Operation of Airport Lighting. ... 7-8
- 7.13. Hazards and Mitigation. ... 7-8
- 7.14. Use of Airports by Federal Government Aircraft. ... 7-14
- 7.15. Negotiation Regarding Charges. ... 7-15
- 7.16. Land for Federal Facilities. ... 7-15
- 7.17. Federal Government Use during a National Emergency or War. ... 7-16
- 7.18. Airport Layout Plan (ALP). ... 7-16
- 7.19. Exhibit "A" and Airport Property Map. ... 7-17
- 7.20. Access by Intercity Buses. ... 7-18
- 7.21. Temporary Closing of an Airport. ... 7-18
- 7.22. Transportation Security Administration (TSA) Security Requirements. ... 7-20
- 7.23. through 7.26 reserved ... 7-21

**Chapter 8: Exclusive Rights ... 8-1**

- 8.1. Introduction. ... 8-1
- 8.2. Definition of an Exclusive Right. ... 8-1
- 8.3. Legislative and Statutory History. ... 8-1
- 8.4. Development of the Exclusive Rights Prohibition into FAA Policy. ... 8-3

8.5. Aeronautical Operations of the Sponsor. ................................................................................ 8-5
8.6. Airports Having a Single Aeronautical Service Provider. ..................................................... 8-5
8.7. Denying Requests by Qualified Providers. ............................................................................ 8-5
8.8. Exclusive Rights Violations. .................................................................................................. 8-7
8.9. Exceptions to the General Rule. ............................................................................................. 8-9
8.10. UNICOM. ............................................................................................................................. 8-12
8.11. Implementation of Policy. .................................................................................................... 8-12
8.12. Military and Special Purpose Airports. ................................................................................ 8-13
8.13. through 8.18. reserved. ......................................................................................................... 8-13

**Chapter 9:   Unjust Discrimination between Aeronautical Users** ..................................... 9-1

Updated November 2021
9.1. Introduction. ........................................................................................................................... 9-1
9.2. Rental Fees and Charges: General. ........................................................................................ 9-2
9.3. Types of Charges for Use of Airport Facilities. ..................................................................... 9-3
9.4. Airport Tenant and Concessionaire Charges to Airport Users. ............................................. 9-3
9.5. Terms and Conditions Applied to Tenants Offering Aeronautical Services. ................... 9-4
9.6. Fixed-Base Operations and Other Aeronautical Services. .................................................... 9-5
9.7. Availability of Leased Space. ................................................................................................. 9-7
9.8. Air Carrier Airport Access. .................................................................................................. 9-10
9.9. Civil Rights. .......................................................................................................................... 9-11
9.10. FAA Policy on Granting Preferential Treatment Based on Residency ........................... 9-11
9.11. through 9.14. reserved. ......................................................................................................... 9-11

**Chapter 10:   Reasonable Commercial Minimum Standards** ........................................... 10-1

Updated November 2021
10.1. Introduction. ......................................................................................................................... 10-1
10.2. FAA Recognition of Minimum Standards. .......................................................................... 10-1
10.3. Use of Minimum Standards to Protect an Exclusive Right. ........................................ 10-1
10.4. Benefits of Minimum Standards. ......................................................................................... 10-2
10.5. Developing and Applying Minimum Standards. ................................................................. 10-2
10.6. Flying Clubs. ........................................................................................................................ 10-4
10.7. Illegal Air Charters. ............................................................................................................. 10-6
10.8. through 10.10. reserved. ....................................................................................................... 10-6

**Chapter 11:   Self-Service** ....................................................................................................... 11-1

Updated November 2021
11.1. General. ................................................................................................................................. 11-1
11.2. Restrictions on Self-servicing Aircraft. ............................................................................... 11-1
11.3. Permitted Activities. ............................................................................................................. 11-2
11.4. Contracting to a Third Party. ................................................................................................ 11-3
11.5. Restricted Service Activities. ............................................................................................... 11-3
11.6. Reasonable Rules and Regulations. ..................................................................................... 11-4
11.7. Restrictions Based on Safety and Location. ........................................................................ 11-5
11.8. Activities Not Classified as Self-service ............................................................................. 11-5

11.9. Sponsor Self-service Prerogatives. ........................................................................... 11-5
11.10. Fractional Aircraft Ownership Programs. .............................................................. 11-6
11.11. Air Carriers. ............................................................................................................ 11-6
11.12. through 11.14. reserved. ......................................................................................... 11-6

**Chapter 12: Review of Aeronautical Lease Agreements ................................................ 12-1**

12.1. Introduction. ............................................................................................................ 12-1
12.2. Background. ............................................................................................................ 12-1
12.3. Review of Agreements. ........................................................................................... 12-1
12.4. FAA Opinion on Review. ....................................................................................... 12-4
12.5. Agreements Covering Aeronautical Services to the Public. .................................. 12-4
12.6. Agreements Involving an Entire Airport. ............................................................... 12-5
12.7. Agreements Granting "Through-the-Fence" Access. ............................................. 12-5
12.8. through 12.12. reserved. ....................................................................................... 12-10

**Chapter 13: Airport Noise and Access Restrictions ...................................................... 13-1**

13.1. Introduction and Responsibilities. .......................................................................... 13-1
13.2. Background. ............................................................................................................ 13-1
13.3. Overview of the Noise-Related Responsibilities of the Federal Government. ...... 13-2
13.4. CFR Part 36, Noise Standards for Aircraft Type and Airworthiness Certification. ...... 13-3
13.5. The Aircraft Noise Compatibility Planning Program. ........................................... 13-5
13.6. Compliance Review. ............................................................................................... 13-7
13.7. Mandatory Headquarters Review. .......................................................................... 13-7
13.8. Balanced Approach to Noise Mitigation. ............................................................... 13-7
13.9. Cumulative Noise Metric. ....................................................................................... 13-9
13.10. General Noise Assessment. .................................................................................... 13-9
13.11. Residential Development. ..................................................................................... 13-11
13.12. Impact on Other Airports and Communities. ....................................................... 13-11
13.13. The Concept of Unjust Discrimination. ................................................................ 13-11
13.14. Part 161 Restrictions Impacting Stage 2 or Stage 3 Aircraft. .............................. 13-12
13.15. Undue Burden on Interstate Commerce. .............................................................. 13-14
13.16. Use of Complaint Data. ........................................................................................ 13-14
13.17. Use of Advisory Circular (AC) 36-3H. ................................................................ 13-15
13.18. Integrated Noise Modeling. .................................................................................. 13-16
13.19. Future Noise Policy. ............................................................................................. 13-17
13.20. through 13.25 reserved. ........................................................................................ 13-17

**Chapter 14: Restrictions Based on Safety and Efficiency Procedures and Organization 14-1**

14.1. Introduction. .......................................................................................................... 14-1
14.2. Applicable Law. .................................................................................................... 14-1
14.3. Restricting Aeronautical Activities. ..................................................................... 14-1
14.4. Minimum Standards and Airport Regulations. ..................................................... 14-2
14.5. Agency Determinations on Safety and System Efficiency. .................................. 14-4
14.6. Methodology. ........................................................................................................ 14-4

14.7.   Reasonable Accommodation. ....................................................................................... 14-5
14.8.   Restrictions on Touch-and-Go Operations. ................................................................. 14-6
14.9.   Sport Pilot Regulations. ............................................................................................... 14-7
14.10.  Coordination. ............................................................................................................... 14-7
14.11 through 14.15 reserved................................................................................................... 14-7

### Part V: Financial Responsibilities

### Chapter 15:   Permitted and Prohibited Uses of Airport Revenue .................................... 15-1

15.1.   Introduction................................................................................................................... 15-1
15.2.   Legislative History....................................................................................................... 15-1
15.3.   Privatization. ................................................................................................................ 15-2
15.4.   Grant Assurance. .......................................................................................................... 15-2
15.5.   FAA Policy. ................................................................................................................. 15-2
15.6.   Airport Revenue Defined. ............................................................................................ 15-3
15.7.   Applicability of Airport Revenue Requirements. ....................................................... 15-3
15.8.   Federal Financial Assistance........................................................................................ 15-4
15.9.   Permitted Uses of Airport Revenue. ............................................................................ 15-4
15.10.  Grandfathering from Prohibitions on Use of Airport Revenue. .................................. 15-6
15.11.  Allocation of Indirect Costs. ....................................................................................... 15-8
15.12.  Standard for Documentation. ...................................................................................... 15-8
15.13.  Prohibited Uses of Airport Revenue. .......................................................................... 15-9
15.14. through 15.19 reserved................................................................................................ 15-11

### Chapter 16:   Resolution of Unlawful Revenue Diversion ................................................. 16-1

16.1.   Background. ................................................................................................................. 16-1
16.2.   FAA Authorization. ..................................................................................................... 16-1
16.3.   Section 47133 and Grant Assurance 25, Airport Revenues......................................... 16-3
16.4.   Agency Policy. ............................................................................................................. 16-3
16.5.   Responsibility. ............................................................................................................. 16-3
16.6.   Detection of Airport Revenue Diversion. ................................................................... 16-3
16.7.   Investigation of a Complaint of Unlawful Revenue Diversion. ................................. 16-5
16.8.   Investigation without a Formal Complaint. ................................................................ 16-5
16.9.   Administrative Sanctions. ........................................................................................... 16-5
16.10.  Civil Penalties and Interest. ......................................................................................... 16-6
16.11.  Compliance with Reporting and Audit Requirements. ............................................... 16-7
16.12.  Statute of Limitations on Enforcement. ...................................................................... 16-7
16.13 through 16.17 reserved.................................................................................................. 16-7

### Chapter 17:   Self-sustainability ............................................................................................ 17-1

17.1.   Introduction.................................................................................................................. 17-1
17.2.   Legislative History....................................................................................................... 17-1
17.3.   Applicability. ............................................................................................................... 17-2
17.4.   Related FAA Policies................................................................................................... 17-2
17.5.   Self-sustaining Principle. ............................................................................................. 17-2

17.6.   Airport Circumstances. ............................................................................................. 17-2
17.7.   Long-term Approach. ............................................................................................... 17-3
17.8.   New Agreements. ..................................................................................................... 17-3
17.9.   Revenue Surpluses. .................................................................................................. 17-3
17.10.  Rates Charged for Aeronautical Use. ....................................................................... 17-3
17.11.  Nonaeronautical Rates. ............................................................................................ 17-4
17.12.  Fair Market Value. ................................................................................................... 17-4
17.13.  Exceptions to the Self-sustaining Rule: General. .................................................... 17-4
17.14.  Property for Community Purposes. ......................................................................... 17-5
17.15.  Exception for Community Use. ............................................................................... 17-5
17.16.  Exception for Not-for-Profit Aviation Organizations. ............................................ 17-6
17.17.  Exception for Transit Projects. ................................................................................ 17-6
17.18.  Exception for Private Transit Systems. ................................................................... 17-6
17.19.  Exception for Military Aeronautical Units. ............................................................. 17-7
17.20   through 17.24 reserved. ............................................................................................ 17-7

**Chapter 18:   Airport Rates and Charges ............................................................................. 18-1**

18.1.   Responsibilities. ....................................................................................................... 18-1
18.2.   Policy Regarding Airport Rates and Charges. ......................................................... 18-1
18.3.   Aeronautical Use and Users. .................................................................................... 18-2
18.4.   Definitions. ............................................................................................................... 18-2
18.5.   Principles. ................................................................................................................. 18-3
18.6.   Local Negotiation and Resolution. ........................................................................... 18-3
18.7.   Formal Complaints. .................................................................................................. 18-4
18.8.   Fair and Reasonable. ................................................................................................ 18-4
18.9.   Permitted Airfield Costs. .......................................................................................... 18-6
18.10.  Environmental Costs. ............................................................................................... 18-6
18.11.  Noise. ........................................................................................................................ 18-6
18.12.  Insurance. .................................................................................................................. 18-6
18.13.  Causation. ................................................................................................................. 18-6
18.14.  Facilities under Construction. .................................................................................. 18-7
18.15.  Costs of Another Airport. ........................................................................................ 18-7
18.16.  Airport System. ........................................................................................................ 18-8
18.17.  Closed Airport. ......................................................................................................... 18-8
18.18.  Maintenance of Closed Airport. ............................................................................... 18-8
18.19.  Project Costs. ............................................................................................................ 18-8
18.20.  Passenger Facility Charge (PFC) Projects. .............................................................. 18-8
18.21.  Prohibition on Unjust Discrimination. ..................................................................... 18-8
18.22.  Self-sustaining Rate Structure. ................................................................................. 18-9
18.23.  through 18.28. reserved. ........................................................................................... 18-9

**Chapter 19:   Airport Financial Reports ............................................................................... 19-1**

19.1.   Introduction. ............................................................................................................. 19-1
19.2.   Legislative History. .................................................................................................. 19-1
19.3.   Grant Assurance 26, *Reports and Inspections*. ....................................................... 19-1
19.4.   Applicability. ............................................................................................................ 19-2

19.5.   Annual Financial Reports. ...................................................................................... 19-2
19.6.   Procedures for Evaluating the Airport Owners/Sponsors Financial Reporting Program. ....
        ..................................................................................................................................... 19-3
19.7.   Single Audit Reports. ................................................................................................ 19-3
19.8. through 19.11. reserved.................................................................................................. 19-4

### Part VI: Land Use

### Chapter 20:   Compatible Land Use and Airspace Protection ........................................ 20-1

20.1.   Background. ............................................................................................................ 20-1
20.2.   Zoning and Land Use Planning................................................................................ 20-2
20.3.   Residential Use of Land on or Near Airport Property. ........................................... 20-5
20.4.   Residential Airparks Adjacent to Federally Obligated Airports.............................. 20-6
20.5.   Residential Development on Federally Obligated Airports..................................... 20-7
20.6. through 20.10 reserved................................................................................................. 20-10

### Chapter 21:   Land Use Compliance Inspection ................................................................ 21-1

21.1.   Introduction.............................................................................................................. 21-1
21.2.   Background. ............................................................................................................ 21-1
21.3.   Elements of the Land Use Inspection. ..................................................................... 21-1
21.4.   Responsibilities. ...................................................................................................... 21-1
21.5.   Authority.................................................................................................................. 21-1
21.6.   Land Use Inspection Guidance. ............................................................................... 21-2
21.7.   Sample Correspondence......................................................................................... 21-13
21.18 through 21.12 reserved................................................................................................ 21-13

### Part VII: Releases and Property Reversions

### Chapter 22:   Releases from Federal Obligations ............................................................. 22-1

22.1.   Introduction.............................................................................................................. 22-1
22.2.   Definition. ............................................................................................................... 22-1
22.3.   Duration and Authority. .......................................................................................... 22-1
22.4.   FAA Consideration of Releases............................................................................... 22-2
22.5.   Request for Concurrent Use of Aeronautical Property for Other Uses. .................. 22-3
22.6.   Request for Interim Use of Aeronautical Property for Other Uses.......................... 22-4
22.7.   Release of Federal Maintenance Obligation. .......................................................... 22-5
22.8.   Industrial Use Changes. .......................................................................................... 22-6
22.9.   Release of National Emergency Use Provision (NEUP) ........................................ 22-6
22.10.  Release from Federal Obligation to Furnish Space or Land without Charge. ........ 22-7
22.11.  Release of Reverter Clause. .................................................................................... 22-7
22.12.  Exclusive Rights Federal Obligations cannot be Released without Release and Disposal
        of the Parcel or Closure of Airport. ......................................................................... 22-7
22.13.  Federal Obligations Imposed with the Airport Layout Plan and Exhibit "A." ....... 22-7
22.14.  Procedures for Operational Releases or Requests for Change in Use. ................... 22-7
22.15.  Release of Federal Obligations in Regard to Personal Property, Structures, and Facilities.
        ..................................................................................................................................... 22-8

Case 1:22-cv-00770-RP   Document 49-2   Filed 11/08/22   Page 13 of 16

11/22/2021                                                                                          5190.6B Change 1

22.16. All Disposals of Airport Real Property............................................................................... 22-9
22.17. Release of Federal Obligations in Regard to Real Property Acquired as Federal Surplus
       Property............................................................................................................................. 22-10
22.18. Release of Federal Obligations in Regard to Real Property Acquired with Federal Grant
       Assistance. ....................................................................................................................... 22-13
22.19. Effect of not Receiving or Receiving a Grant after December 30, 1987. ...................... 22-14
22.20. Release of Entire Airport. ............................................................................................... 22-15
22.21. Procedures for the Application, Consideration, and Resolution of Release Requests. 22-15
22.22. General Documentation Procedures. ............................................................................. 22-15
22.23. Airport Sponsor Request for Release............................................................................. 22-16
22.24. Content of Written Requests for Release....................................................................... 22-16
22.25. Content of Request for Written Release for Disposal.................................................... 22-16
22.26. Exhibits to the Written Request for Release. ................................................................ 22-18
22.27. FAA Evaluation of Sponsor Requests. .......................................................................... 22-18
22.28. FAA Determination on Sponsor Requests. .................................................................... 22-19
22.29. FAA Completion of Action on Sponsor Requests. ....................................................... 22-19
22.30. FAA Denial of Release or Modification. ....................................................................... 22-20
22.31. Procedures for Public Notice for a Change in Use of Aeronautical Property. ............. 22-20
22.32. FAA Consent by Letter of Intent to Release – Basis for Use. ...................................... 22-21
22.33. The Environmental Implications of Releases. .............................................................. 22-21
22.34. through 22.37. reserved.................................................................................................. 22-22

**Chapter 23:   Reversions of Airport Property** ...................................................................... 23-1

Updated November 2021

23.1.  Introduction....................................................................................................................... 23-1
23.2.  General............................................................................................................................... 23-1
23.3.  Authority to Revert a Property Interest............................................................................. 23-1
23.4.  Instruments of Conveyance............................................................................................... 23-2
23.5.  Voluntary Return of Property to the U.S. Government. .................................................. 23-2
23.6.  Involuntary Reversion....................................................................................................... 23-3
23.7.  Identifying the Federal Agency to Receive the Property................................................. 23-3
23.8.  Determination of Default. ................................................................................................. 23-3
23.9.  Perform and Document the FAA's Environmental Due Diligence. ............................... 23-3
23.10. Notice of Intent to Revert Property................................................................................... 23-3
23.11. Voluntary Reconveyance to Correct a Default. ............................................................... 23-4
23.12. Notice of Reverter of Property and Revestment of Title and Property Interest in the U.S.
       ........................................................................................................................................... 23-5
23.13. Recording Notice of Reverter of Property and Revestment of Title and Property Interest
       in the U.S. .......................................................................................................................... 23-5
23.14. Certificate of Inspection and Possession.......................................................................... 23-6
23.15. Possession, Posting, or Marking of Property................................................................... 23-6
23.16. Reversion Case Studies..................................................................................................... 23-6
23.17 through 23.21. reserved..................................................................................................... 23-7

# Appendices

**Appendix A: Airport Sponsors Assurances** .................................................................. 1

**Appendix B: Reserved** ...................................................................................................... 3

**Appendix C: Advisory Circulars on Exclusive Rights and Minimum Standards for Commercial Aeronautical Activities** ................................................................................ 4

**Appendix D: Policy Regarding Airport Rates and Charges** ........................................ 5

**Appendix E: Policies and Procedures Concerning the Use of Airport Revenue** ..................... 6

**Appendix F: 14 CFR Parts 13 and 16** ............................................................................ 7

**Appendix F-1: Part 16 Decisions (Case Files)** .............................................................. 8

**Appendix F-2: Reserved** ................................................................................................. 9

**Appendix G: Formal Compliance Inspection** ............................................................. 10

**Appendix G-1: Sample Airport Noncompliance List (ANL)** ...................................... 30

**Appendix H: Sample Audit Information** ..................................................................... 32

**Appendix I: SPA Reg. 16** .............................................................................................. 34

**Appendix J: DoD Base Realignment and Closure (BRAC)** ........................................ 38

**Appendix J-1: Airport Joint Use Agreement for Military Use of Civilian Airfields** ........... 42

**Appendix K: Part 155 – Release of Airport Property from Surplus Property Disposal Restrictions** ..................................................................................................................... 57

**Appendix L: Reserved** .................................................................................................. 58

**Appendix M: Reserved** ................................................................................................. 59

**Appendix N: Reserved** .................................................................................................. 60

**Appendix O: Minimum Standards for Commercial Aeronautical Activities** ............ 61

**Appendix P: Sample Airport Rules and Regulations** ................................................. 62

**Appendix Q: Reserved** .................................................................................................. 65

**Appendix R: Airport Layout Plan (ALP)** .................................................................... 66

**Appendix S: Reserved** .................................................................................................. 67

**Appendix T: Sample FAA Letter on Replacement Airport** ........................................ 68

**Appendix U: Sample Joint-Use Agreement** ................................................................. 72

**Appendix V: Sample Deed of Conveyance** ................................................................................. **91**

**Appendix W: Reserved**.................................................................................................................. **104**

**Appendix X: 14 CFR Part 161** ..................................................................................................... **105**

**Appendix Y: Sample Notice of Reversion of Property and Revestment of Title to the United States** ............................................................................................................................................ **136**

**Appendix Z: Definitions and Acronyms** ..................................................................................... **139**

**References** ...................................................................................................................................... **158**

**Index** ............................................................................................................................................... **161**

    **b.**    **Interpretations of Aeronautical Activity.**

        **(1).**    **Airfield.** When approving grants for airport development, the CAB (and later the FAA) interpreted the exclusive rights prohibition principally in terms of the airfield. Accordingly, they considered activities that used the airfield (*e.g.*, air carriers, flight schools, and charter service) as subject to the prohibition. All nonaeronautical activities, such as restaurants and other terminal concessions, ground transportation, and car rentals are excluded from the prohibition.

        **(2).**    **Inclusion of Aeronautical Supporting Activities.** In 1962, the FAA published its *Policy on Exclusive Rights* in the *Federal Register*. The policy extended the prohibition to all aeronautical activities. Such aeronautical activities are those that involve, make possible, or are required for the operation of aircraft; or that contribute to, or are required for the safety of such operations.[20] The FAA further clarified the application of the prohibition in FAA Order 5190.1, *Exclusive Rights*, on October 12, 1965.

    **c.**    **Current Agency Policy.** The FAA has taken the position that the existence of an exclusive right to conduct any aeronautical activity at an airport limits the usefulness of the airport and deprives the public of the benefits of competitive enterprise. The FAA considers it inappropriate to provide federal funds for improvements to airports where the benefits of such improvements will not be fully realized by all users due to the inherent restrictions of an exclusive monopoly on aeronautical activities.

Advisory Circular (AC) 150/5190-6, *Exclusive Rights at Federally Obligated Airports*, provides airport sponsors with the information they need to comply with their federal obligation regarding exclusive rights.

    **d.**    **Effect of the Prohibition on Airport Improvement Program (AIP) Grants.** Federal statutory law prohibits sponsors from granting an exclusive right. Consequently, it does not matter how the sponsor granted the exclusive right (*e.g.*, express agreement, unreasonable minimum standards, action of a former sponsor, or other means). The FAA will not award a sponsor an Airport Improvement Program (AIP) grant until that exclusive right is removed from the sponsor's airport. The FAA may also take other actions to return the sponsor to compliance with its federal obligations.

> *Federal statutory law prohibits sponsors from granting an exclusive right. Consequently, it does not matter how the sponsor granted the exclusive right – express agreement, unreasonable minimum standards, action of a former sponsor, or other means.*

    **e.**    **Duration of Prohibition Against Exclusive Rights.** Once federal funds have been expended at an airport, including through a surplus property conveyance, the exclusive rights prohibition is applicable to that airport for as long as it is operated as an airport. In other words, it

---

[20] AC 150/5190-6, Appendix 1, § 1.1(a).