# EXHIBIT B

**From:** McCann, Emmett [/O=OAKTREECAP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MCCANN, EMMETT2D3]
**Sent:** 5/27/2015 8:48:23 PM
**To:** Burchetta, James [jburchetta@oaktreecapital.com]; Tasugi, Brent [btasugi@oaktreecapital.com]
**CC:** Andrew Vasey [avasey@vaseyaviation.com]; Lewis, Dawson [dlewis@oaktreecapital.com]
**Subject:** RE: Extra Land?


We discussed ROFO / option language and he is open to it - Brent is drafting something based on post-call debrief and will circulate.

E

Emmett McCann
p +1 (646) 857-8708   f +1 (866) 503-0307
emccann@oaktreecapital.com


-----Original Message-----
From: Burchetta, James
Sent: Wednesday, May 27, 2015 9:33 PM
To: Tasugi, Brent
Cc: McCann, Emmett; Andrew Vasey; Lewis, Dawson
Subject: Re: Extra Land?

I think the question is do we couch as an expansion of the south terminal or any expansion they may want to do ( maybe ex North terminal?)?



_____
James D. Burchetta
Oaktree Capital Management, L.P.
T. (646) 857-8705
M. (917) 969-0840
F. (646) 857-8848


> On May 27, 2015, at 18:21, "Tasugi, Brent" <BTasugi@oaktreecapital.com> wrote:
>
> Jim offered up and would be open to this if it was included in our termsheet.
>
> Andy - Could you work up some language that I could throw in the termsheet?
>
> Brent Tasugi
> p +1 (646) 857-8813   m +1 (917) 476-1387
> btasugi@oaktreecapital.com
>
>
> -----Original Message-----
> From: McCann, Emmett
> Sent: Wednesday, May 27, 2015 5:47 PM
> To: Andrew Vasey; Tasugi, Brent; Burchetta, James; Lewis, Dawson
> Subject: Extra Land?
>
> How should we be thinking about ROFR on additional land / space if Frontier and Allegiant continue to grow?
>
> Emmett McCann

> Oaktree Capital
> +1-917-209-6781
>

LNSTR-000105