# EXHIBIT C

| | |
|---|---|
| Message | |

**From:** Andrew Vasey [avasey@vaseyaviation.com]
**Sent:** 5/28/2015 11:45:16 PM
**To:** McCann, Emmett [emccann@oaktreecapital.com]; Tasugi, Brent [btasugi@oaktreecapital.com]; Burchetta, James [jburchetta@oaktreecapital.com]; Tasugi, Brent [/o=oaktreecap/ou=exchange administrative group /cn=recipients/cn=tasugi, brent1af]; McCann, Emmett [/o=oaktreecap/ou=exchange administrative group /cn=recipients/cn=mccann, emmett2d3]; Burchetta, James [/o=oaktreecap/ou=exchange administrative group /cn=recipients/cn=burchetta, james712]
**Subject:** Fwd: Future locations for ULCC terminal
**Attachments:** South Terminal Planning-possibilities.pdf; ATT00001.htm

Attached are some possible sites for future south terminal locations. Without having time to go through the airport's master plan, I can't say that these are either the best locations or the size that we would need. Maybe for the ROFO we refer to the attached sketches as indicative.

Andy


Begin forwarded message:

> **From:** "Edwards, Patti" <Patti.Edwards@austintexas.gov>
> **Date:** May 28, 2015 at 12:08:50 PM EDT
> **To:** "avasey@vaseyaviation.com" <avasey@vaseyaviation.com>
> **Cc:** "Smith, Jim" <Jim.Smith@austintexas.gov>, "Harbinson, Shane" <Shane.Harbinson@austintexas.gov>
> **Subject: RE: Future locations for ULCC terminal**
>
> Attached are a couple of possibilities. At a minimum, they will give you an idea of the locations that we feel would support new or expanded terminal. Shane's team could work on options with you. I will let him chime in on contacts.
>
> Regards,
> Patti
>
>
> *Patti Edwards*
> *Chief Operating Officer*
> *Austin-Bergstrom International Airport*
> *City of Austin, Aviation Department*
> *512.530.6366*
> *Patti.edwards@austintexas.gov*
>
>
> **From:** Smith, Jim
> **Sent:** Thursday, May 28, 2015 8:21 AM
> **To:** Edwards, Patti; Harbinson, Shane
> **Subject:** FW: Future locations for ULCC terminal
>
> fyi

**From:** Andrew Vasey [mailto:avasey@vaseyaviation.com]
**Sent:** Thursday, May 28, 2015 8:17 AM
**To:** Smith, Jim
**Subject:** Future locations for ULCC terminal

Hi Jim,

When we last met, you mentioned the possibility of there being other locations for the South Terminal if it needed to expand. Do you have possible locations in mind, or is there someone familiar with the master plan that we could talk to?

Andy

# Option 1



LNSTR-000308

# Option 2



# Option 3



LNSTR-000310



LNSTR-000311