IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LONESTAR AIRPORT HOLDINGS, LLC, | § § | |
| *Plaintiff,* | § § | |
| | § | CIVIL ACTION NO. |
| v. | § | 1:22-CV-00770-RP |
| | § | |
| CITY OF AUSTIN, TEXAS, | § | |
| *Defendant.* | § | |

## THE CITY OF AUSTIN'S PRELIMINARY INJUNCITON HEARING EXHIBIT LIST AND EXHIBITS

The City of Austin, Texas ("Defendant") submits the following exhibit list and exhibits to supplement the evidence attached to its Response in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 30):

| Exhibit No. | Description | Bates Label |
|---|---|---|
| 1 | 2017-02-28 Allegiant Air, LLC Operating Agreement with City of Austin | AUS_ST_020041-020096 |
| 2 | 2020-02-01 Frontier Airlines, Inc. Operating Agreement with City of Austin | AUS_ST_019975-020023 |
| 3 | 2022-03-25 General Relocation Information Notice to Allegiant Air, LLC (with Yaft cover letter) | AUS_ST_014787-014790 |
| 4 | 2022-03-25 General Relocation Information Notice to Happy Goods, Inc. (with Yaft cover letter) | AUS_ST_014791-014794 |
| 5 | 2022-03-25 General Relocation Information Notice to ClearedDirect, LLC (with Yaft cover letter) | AUS_ST_014795-014798 |
| 6 | 2022-03-25 General Relocation Information Notice to Mcliff Partners, Ltd. (with Yaft cover letter) | AUS_ST_014799-014802 |

1

| Exhibit No. | Description | Bates Label |
|---|---|---|
| 7 | 2022-03-25 General Relocation Information Notice to the Transportation Security Administration (with Yaft cover letter) | AUS_ST_014803-014806 |
| 8 | 2022-03-25 General Relocation Information Notice to SpotHero, Inc. (with Yaft cover letter) | AUS_ST_014807-014810 |
| 9 | 2022-03-25 General Relocation Information Notice to Menzies Aviation, Inc. (with Yaft cover letter) | AUS_ST_014811-014814 |
| 10 | 2022-03-25 General Relocation Information Notice to Waste Connections, Inc. (with Yaft cover letter) | AUS_ST_014815-014818 |
| 11 | 2022-03-25 General Relocation Information Notice to SpawGlass, Inc. (with Yaft cover letter) | AUS_ST_014819-014822 |
| 12 | 2022-03-25 General Relocation Information Notice to Frontier Airlines, Inc. (with Yaft cover letter) | AUS_ST_014823-014826 |
| 13 | 2022-03-30 General Relocation Information Notice to LoneStar Airport Holdings, LLC | AUS_ST_020698-020700 |
| 14 | 2022-06-24 90-Day Assurance and Eligibility for Business Relocation Benefits Letter to LoneStar Airport Holdings, LLC (with Winstead cover letter) | AUS_ST_015316-015320 |
| 15 | 2022-12-15 Excerpts from Tracy Thompson's 30(b)(6) Deposition | |
| 16 | 2022-12-15 Excerpts from Holland Young's 30(b)(6) Deposition | |

Defendant reserves the right to amend or supplement this exhibit list.

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Andrew J. Schumacher*
    Thomas J. Forestier
    State Bar No. 07256560
    tforestier@winstead.com
    Christopher Robertson
    State Bar No. 24107267
    crobertson@winstead.com
    600 Travis Street, Suite 5200
    Houston, Texas 77002
    Telephone: (713) 650-2749
    Facsimile No.: (713) 650-2400

    Andrew J. Schumacher
    State Bar No. 24051310
    aschumacher@winstead.com
    401 Congress Avenue, Suite 2100
    Austin, Texas 78701
    Telephone: (512) 370-2800
    Facsimile No.: (512) 370-2850

    Stephen R. Clarke
    State Bar No. 24069517
    sclarke@winstead.com
    500 Winstead Building
    2728 N. Harwood Street
    Dallas, Texas 75201
    Telephone: (214) 745-5400
    Facsimile No.: (214) 745-5390

    -and-

    Anne L. Morgan, CITY ATTORNEY
    Meghan L. Riley, CHIEF, LITIGATION
    State Bar No. 24049373
    meghan.riley@ausintexas.gov

    City of Austin Law Department
    P.O. Box 1546
    Austin, TX 78767-1088
    Telephone: (512) 974-2458
    Facsimile No.: (512) 974-1311

**ATTORNEYS FOR DEFENDANT,
THE CITY OF AUSTIN**

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 23, 2023, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                              */s/ Andrew J. Schumacher*
                                              Andrew J. Schumacher