**FILED**

May 01, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Julie Golden _____

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LONESTAR AIRPORT HOLDINGS, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:22-CV-00770-RP** |
| | § | |
| **CITY OF AUSTIN, TEXAS,** | § | |
| *Defendant.* | § | |

## JOINT STIPULATION REGARDING
## DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant the City of Austin, Texas (the "City") and Plaintiff LoneStar Airport Holdings, LLC ("LoneStar") enter into the following stipulation regarding the City's motion for protective order (Dkt. No. 88) filed on April 14, 2023:

Because the City requires additional time to confer with LoneStar regarding the motion for protective order, and for the sake of judicial efficiency, the City hereby withdraws its motion for protective order, without prejudice to refiling within two weeks of LoneStar declaring an impasse in the meet and confer discussions. In the event the parties cannot resolve the issues in dispute, the parties agree that the City may refile its motion (as amended to reflect any agreements between the parties) and that LoneStar will not object to the refiled motion on the ground that it was filed after the deadline to do so. The parties further agree that LoneStar reserves and does not waive any other potentially applicable objection or defense to the refiled motion.

Signed this 1st day of _____ May _____, 2023.

HON. ROBERT PITMAN
United States District Judge

Stipulated and agreed:

               */s/ Thomas J. Forestier*

**WINSTEAD PC**
Thomas J. Forestier
State Bar No. 07256560
tforestier@winstead.com
Christopher Robertson
State Bar No. 24107267
crobertson@winstead.com
600 Travis Street, Suite 5200
Houston, Texas 77002
Telephone: (713) 650-2749
Facsimile: (713) 650-2400

Stephen R. Clarke
State Bar No. 24069517
sclarke@winstead.com
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390

**CITY OF AUSTIN LAW DEPARTMENT**
Anne L. Morgan, City Attorney
Meghan L. Riley, Chief, Litigation
State Bar No. 24049373
meghan.riley@ausintexas.gov
P.O. Box 1546
Austin, TX 78767-1088
Telephone: (512) 974-2458
Facsimile: (512) 974-1311

**DOYLE & SEELBACH PLLC**
Andrew J. Schumacher
State Bar No. 24051310
andrew@doyleseelbach.com
13215 Bee Cave Parkway, Suite A220
Austin, Texas 78738
Telephone: (737) 270-9951
Facsimile: (512) 960-4893

**ATTORNEYS FOR DEFENDANT
THE CITY OF AUSTIN**

-and-


 */s/ Bethany Kristovich*

**KING & SPALDING, LLP**
Edward F. Fernandes (SBN 06932700)
Julia C. Barrett (SBN 24116075)
500 W 2nd St #1800
Austin, Texas 78701
T: 512 457 2000
efernandes@kslaw.com
jbarrett@kslaw.com

Lawrence A. Slovensky (*pro hac vice*)
Mandi Goodman (*pro hac vice*)
1180 Peachtree St NE
Atlanta, Georgia 30309
T: 404 572 4600
lslovensky@kslaw.com

**MUNGER, TOLLES & OLSEN LLP**
Bethany Kristovich (*pro hac vice*)
Michael Doyen (*pro hac vice*)
John Major (*pro hac vice*)
350 South Grand Avenue
Los Angeles, California 90071
T: 213 683 9292
Michael.doyen@mto.com
Bethany.kristovich@mto.com
John.major@mto.com

**BARRON, ADLER, CLOUGH & ODDO, LLP**
Christopher M. Clough (SBN 24044802)
Christopher J. Oddo (SBN 24013257)
808 Nueces Street
Austin, Texas 78701
T: 512 478 4995
clough@barronadler.com
oddo@barronadler.com

**ATTORNEYS FOR PLAINTIFF**
**LONESTAR AIRPORT HOLDINGS, LLC**